## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELLE GOPTEKE | : | |
| | : | |
| Plaintiff, | : | NO. 3:03cv89 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| VICTOR LAWRENCE d/b/a LEXINGTON LAW FIRM | : | |
| | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

The defendant's Motion for Extension of Time (Doc. #35) filed October 7, 2003 is hereby **GRANTED**.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: October 23, 2003