UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.                                                                CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/
    LEXINGTON LAW FIRM                          November 7, 2003

PLAINTIFF'S MOTION TO STRIKE "DECLARATION"

Pursuant to the teachings of De Cintio v. Westchester County Medical Center, 821 F.2d 111, 114 (2d Cir. 1987), plaintiff moves to strike as inadmissible (hearsay, incompetent, unsubstantiated, or otherwise objectionable) the unsworn Declaration of Rhiannon Lawrence submitted in support of defendant's Motion for Protective Order.

A memorandum is submitted herewith.

THE PLAINTIFF

BY_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 065l1
(203) 772-0395