UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOPTEKE, :
:
      Plaintiff, : NO. 3:03cv89 (MRK)
:
v. :
:
:
VICTOR LAWRENCE d/b/a LEXINGTON :
LAW FIRM, :
:
      Defendant. :

**ORDER**

The parties having appeared before the Court to present oral arguments on the pending motions in the above-captioned matter, the following is hereby ordered:

1) For the reasons set forth in open court, the defendant's Motion to Dismiss [doc. #7] is DENIED in all respects except regarding the portion seeking to dismiss the case for failure to effectuate service in compliance with Fed. R. Civ. Pro. 4. The parties are ordered to file simultaneous supplemental briefs in pleading, not letter, form on the issue of valid service by **December 5, 2003**.

2) For the reasons set forth in open court and upon consent of the parties and the Court, the Plaintiff's Motion to Compel Discovery [doc. #23] and the Motion for Protective Order [doc. #27] are DENIED without prejudice to renewal.

3) The Plaintiff's Motion to Strike "Declaration" [doc. #39] is DENIED as moot.

4) The defendant's oral motion to strike plaintiff's Amended Complaint [doc. #12] is DENIED for the reasons set forth in open court.

5)   The Motion for Payment of Costs of Service [doc. #11] is DENIED without prejudice to renewal pending further briefing on the issue of valid service under Fed. R. Civ. Pro. 4.

6)   The parties are ordered to file a joint or, in the absence of agreement between the parties, independently submitted proposed case management schedule by **December 5, 2003**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: <u>November 18, 2003.</u>