TOTAL TIME: _1_ hours _20_ minutes

HONORABLE **M. R. Kravitz** CT/cvmbrg (January 10, 2002)
DEPUTY CLERK **K. Ghilardi** RPTR/ERO/TAPE **M. Sherman**

DATE **Nov 18, 2003**    START TIME **9:00 Am**    END TIME **11:20**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Goktepe**

CIVIL NO. **3:03 cv 89 mRK**

vs.

§
§
§  Plaintiffs Counsel
§  ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

**Lawrence**

Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | .... #**7** | Motion _____ | ☐ | ☑ | ☐ |
| ☑ | .... #**11** | Motion _____ | ☐ | ☑ | ☐ |
| ☑ | .... #**23** | Motion _____ | ☐ | ☑ | ☐ |
| ☑ | .... #**27** | Motion _____ | ☐ | ☑ | ☐ |
| ☑ | .... #**39** | Motion _____ | ☐ | ☑ | ☐ |
| ☐ | .... # ___ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | .... # ___ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | .... | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | .... | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | .... | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | .... | Oral Motion _____ | ☐ | ☐ | ☐ |

☐ ....... ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | filed | docketed |
|---|---|---|
| ☐ _____ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ |

☐ ....... _____ Hearing continued until _____ at _____

09/30/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


Oral Argument Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
3rd Floor Courtroom #4

Tuesday November 18, 2003
9:00 a.m.


CASE NO.   3-03-cv-89 Goktepe v Lawrence
-----------------------------------------------------------

COUNSEL OF RECORD:

✓ Blake S. Atkin Def            Atkin & Hawkins, 136 S. Main St. Suite 610,
                                Salt Lake City, UT

  Richard H.G. Cunningham       12 Kenilworth Drive East, Stamford, CT
                                348-9958

✓ Joanne S. Faulkner Pla        Law Offices of Joanne Faulkner, 123 Avon
                                St., New Haven, CT 203-772-0395

✓ Lonn Litchfield Def           Atkin & Hawkins, 136 S. Main St. Suite 610,
                                Salt Lake City, UT

                                BY ORDER OF THE COURT
                                KEVIN F. ROWE, CLERK