UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

*DEC 9   2 47 PM '03*

MICHELLE GOKTEPE

v.                                    CASE NO. 3:03CV 0089 (CFD) MRK

VICTOR LAWRENCE
    D/B/A/ LEXINGTON LAW FIRM

## REPORT OF PARTIES' PLANNING MEETING
### (Defendant's Draft)

Date complaint filed:  January 13, 2003

Date complaint served: Plaintiff attempted service on January 16 and Feb. 24, 2003; defendant

contends that service has not been properly made and the court has not ruled on the issue.

Date of defendants' appearance:  Defendant appeared through counsel on March 20, 2003 and

moved to dismiss the complaint.

Pursuant to Fed. R. Civ. P. 16(b), 26(f), and D. Conn. L. Civ. R. 16, a conference was held.

The participants were:

> Joanne S. Faulkner for the plaintiff;

> Blake S. Atkin for the defendant.

## I.    CERTIFICATION.

At this time defendant is not required to file an answer due to the pendency of his

motion to dismiss. If and when Defendant is required to file an answer to Plaintiff's complaint,

Defendant will at that time discuss the nature and basis of the parties' claims and defenses and

any possibility for achieving a prompt settlement or other resolution of the case and, in

consultation with their clients, will develop a proposed case management plan.  Counsel further

certify that they have forwarded a copy of this report to their clients.

1

## II.    JURISDICTION.

A.    Subject matter jurisdiction: Plaintiff asserts the Court has Subject matter Jurisdiction

pursuant to 15 U.S.C. §1681p. Defendant contests the subject matter jurisdiction of the Court;

the Court has determined that it does have subject matter jurisdiction.

B.    Personal jurisdiction: Plaintiff asserts that the Court has personal jurisdiction pursuant

to Conn. Gen. Stat.  §52-59b(a)(2).  Defendant contests the personal jurisdiction of the Court;

the Court has determined that it has jurisdiction under Conn. Gen. Stat.  §52-59b(a)(2), but has

not determined whether service was sufficient for the Court to obtain personal jurisdiction over

the defendant.

## III.    BRIEF DESCRIPTION OF CASE:

1.    Plaintiff seeks relief pursuant to the federal Credit Repair Organizations Act

(CROA), 15 U.S.C. § 1679, which regulates the conduct of credit repair organizations, the

Connecticut Credit Clinics Act, Conn. Gen. Stat. §36a-700, and the Connecticut Unfair Trade

Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

A.    Claim of Plaintiff:  Defendants violated the above laws, inter alia, by charging a fee

before performing the credit repair services.

B.    Defenses and Claims (Counterclaims, Third Party Claims, Cross Claims) of Defendant:

At this time no answer is required by Defendant pending the outcome of Defendants

motion to dismiss.  If and when that motion is denied Defendant will formulate its defenses and

reserves the right to supplement this report at that time.

C. Defenses and Claims of Third Party Defendant:  N/A

2

## IV.    STATEMENT OF UNDISPUTED FACTS:

Counsel certify that they have made a good faith attempt to determine whether there are any material facts that are not in dispute. The parties state that the following material facts are undisputed:

1.  On September 25, 2002, plaintiff retained defendant under the following terms:

> Lexington Law Firm will work to improve your credit by **challenging** the credit items which you believe to be **inaccurate, misleading,** or **unverifiable.** We will use **federal law** to pursue your right to have all such credit listings deleted from your credit report. Whenever we receive credit reports we will send **letters** to the credit bureaus and/or your creditors on your behalf in order to communicate your dispute.

A true and correct copy of the retainer agreement, electronically signed by plaintiff on that date is attached as exhibit A.

2.  Before signing the retainer agreement plaintiff read the information on Lexington's web site.

3.  Defendant did not guarantee a specific outcome or attempt to predict a time frame under which any particular results could be achieved.

4.  Between September 25 and September 29, 2002, Lexington performed the following work for plaintiff:

Sent plaintiff initial welcome email confirming receipt of her raw data

Retainer agreement with plaintiff downloaded by paralegal

Raw data submitted by plaintiff reformatted into editable format

Information submitted by plaintiff checked, corrected and formatted by paralegal

Plaintiff's data imported into temporary file

List of recent cancellations compared to plaintiff's files

3

Plaintiffs Bank/credit card information verified and reformatted

Plaintiff's Retainer information printed and filed

Plaintiff's data entered into main database

Plaintiff's Email address verified

Schedule of payments created

Client Advocate assigned to plaintiff's case

Consistency check for duplicate retainers

Plaintiff sent secondary welcome email confirming set up of new retainer

Received and reviewed email from plaintiff

Responded by email to plaintiff's email

5.  On September 30, 2002 Lexington charged plaintiff's credit card $75.00.

6.  Between September 30 and October 29, 2002 Lexington performed the following work

for plaintiff:

Received and reviewed email from plaintiff (9/30/02)

Responded by email to plaintiff's email (9/30/02)

Made telephone call to plaintiff's husband (9/30/02)

Entered note to plaintiff's file: target the bankruptcy (9/30/02)

Received and reviewed email from plaintiff (10/3/02)

Responded by email to plaintiff's email (10/3/02)

Received Experian and TransUnion reports (10/7/03)

Entered data from credit reports into main database (10/7/03)

Sent 2 emails to plaintiff informing her that reports had been received (10/7/03)

Received and reviewed email from plaintiff (10/7/03)

Responded to email from plaintiff (10/7/03)

Received and reviewed email from plaintiff (10/14/03)

Responded to email from plaintiff (10/14/03)

Sent dispute to Experian stating that entries from Citibank, MasterCard and Filenes were inaccurate

Sent dispute to Transunion stating that entries from Macys, GECCCC and Filenes were inaccurate

Performed attorney review of case, which found case proceeding normally

Emailed to plaintiff status report

7.  On October 30, 2002, Lexington charged plaintiff's credit card $35.00.

8.  After October 30, 2002, Lexington performed the following work for plaintiff:

Received voicemail to call plaintiff's husband (11/7/02)

Sent dispute letter to Transunion stating that entries from Filenes, Macys/GECCCC and American Express were inaccurate (11/8/02)

Received and reviewed email from plaintiff (11/11/02)

Responded to email from plaintiff (11/11/02)

9.  On November 18, 2002, plaintiff cancelled her Retainer and requested a refund of her money.

10. In total, plaintiff paid $ 110 to Lexington.

11. On February 14, 2003 Lexington credited (refunded) $ 110 to plaintiff.

12. On April 11, 2003 plaintiff, through her counsel Joanne Faulkner, sued TransUnion in the U.S. District Court of the District of Connecticut.

13. In that action, Ms. Goktepe challenges the negative entry on Plaintiff's credit report that was being negotiated by Defendant at the time she was defendant's client seeking to have the inaccurate Chapter 7 Bankruptcy removed from her credit report.

5

14. To date, the Chapter 7 Bankruptcy notation has not been removed from Ms. Goktepe's credit report.

## V. CASE MANAGEMENT PLAN:

A. Standing Order on Scheduling in Civil Cases.

The parties request modification of the deadlines in the Standing Order on Scheduling in Civil Cases as set forth in parts E through H below.

B. Scheduling Conference with the Court.

The parties do not request a pretrial conference with the Court before entry of a scheduling order pursuant to Fed. R. Civ. P. 16(b).

C. Early Settlement Conference.

1. The parties certify that they have considered the desirability of attempting to settle the case before undertaking significant discovery or motion practice. The parties do not believe early settlement is possible.

The parties do not request a referral for alternative dispute resolution pursuant to D. Conn. L. Civ. R. 16.

## E. JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS.

1. Plaintiff should be allowed until March 31, 2003 to file motions to join additional parties and until January 1, 2004 to file motions to amend the pleadings. Defendant intends to challenge any such motion, inter alia, on the ground that it is untimely; by stipulating that plaintiff may file such a motion by January 1, 2004, defendant does not stipulate that such a motion is timely.

2. Defendant should be allowed until ten days after any ruling on his Motion to Dismiss to file a response to the Complaint.

6

**F. DISCOVERY.**

1.      The parties anticipate that discovery will be needed on all issues raised by the pleadings.

2.      All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4) will be commenced on or after December 5, 2003 and be completed (not propounded) by October 30, 2003.

3.      Discovery will not be conducted in phases.

4.      The parties anticipate that the plaintiff will require a total of 4 depositions of fact witnesses and that each defendant will require a total of 10 depositions of fact witnesses.

6.      The parties may request permission to file more than 25 interrogatories.

7.      Plaintiff may call expert witnesses at trial.  Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by:  May 1, 2004.  Depositions of any such experts will be completed by:  June 15, 2004.

8.      Defendants may call expert witnesses at trial.  Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by:  November 15, 2004.  Depositions of any such experts will be completed by:  November 30, 2004.

9.      A damage analysis will be provided by any party who has a claim or counterclaim for damages by 2 months after determination of Defendant's motion to dismiss.

**G. DISPOSITIVE MOTIONS.**

Dispositive motions will be filed on or before thirty days after the close of discovery.

## H. JOINT TRIAL MEMORANDUM.

The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by thirty days after the close of discovery or three weeks after any determination on a dispositive motion, which ever is later.

## VI.    TRIAL READINESS.

The case will be ready for trial by thirty days after the end of discovery or three weeks after any determination on a dispositive motion.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

THE PLAINTIFF


By:_____        Date:_____
    Joanne S. Faulkner ct 04137
    123 Avon Street
      New Haven, CT 06511
    (203) 772-0395

THE DEFENDANT


By:_____        Date: 5 December 2003
    Blake S. Atkin CT24726
    Lonn Litchfield CT24727

8

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing REPORT OF PARTIES'

PLANNING MEETING (Defendant's Draft) was mailed first class, postage prepaid on this the

5th day of December, 2003 to the following:

>      Joanne S. Faulkner
>      123 Avon St.
>      New Haven, CT 06511-2422

# EXHIBIT "A"

LexingtonLaw

**TOLL-FREE (888) 596·4997**     OUR SERVICES | OUR FIRM | FAQ | SIGN UP

Search: [        ] OK

# Sign Up

Usually completed in less than 5 minutes, our easy to use signup wizard will step you through the process of gathering the information required to enroll you in our service. Upon signing up a "Welcome to Lexington" letter will be emailed to you as confirmation. The email will contain your account information as well as specific instructions on how to access our client support resources.

[ Begin ]

If you need assistance signing up
call us toll-free at 888.596.4997
(M-F, 7am-7pm MST)

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.

# Step 1: Retainer Agreement 

Please review the agreement below, then click the "Continue" button.
Clicking on a text link pops up a window with additional information.

Security Info

## RETAINER AGREEMENT

Lexington Law Firm will work to improve your credit by challenging the credit items which you believe to be inaccurate, misleading, or unverifiable. We will use federal law to pursue your right to have all such credit listings deleted from your credit report. Whenever we receive credit reports we will send letters to the credit bureaus and/or your creditors on your behalf in order to communicate your dispute.

Deletion of your disputed credit may take more or less than twelve months. Because each case varies we cannot guarantee a specific outcome in your case, nor can we accurately predict the length of the retainer agreement. However, this agreement shall last for twelve months.

We warranty the success of our work by offering some or all of your money back if enough disputed items aren't deleted.

As a client you may correspond with the firm by telephone or email as much as you wish at no additional charge.

The initial signup fee is $75.00. The monthly retainer fee is $35.00.

At the same time you agree to:

    a. Use Lexington Law Firm to dispute negative items which you believe may be inaccurate, misleading, or unverifiable.
    b. Pay Lexington the initial setup fee of $75.00 within the next fifteen (15) days, and $35.00 each subsequent month for work performed the previous month.
    c. Use our online Dispute Valet service to indicate to us which negative items to dispute, and which dispute strategy to use in the course of challenging those items.
    d. Forward to us copies of all correspondence from the credit bureaus.
    e. Send your credit reports to us every ninety (90) days.
    f. Inform us of any change of address.
    g. You understand that failure to complete these activities will void the service warranty.

### Notice of Cancellation

You may cancel this contract without penalty or obligation at any time before midnight of the third (3) business day after the date on which you submit this agreement. To cancel you must send an email to victor@lexingtonlaw.com or call (800) 341-8441 to speak with a client advocate.



Copyright © 2002 Lexington Law Firm  All rights reserved



# Step 2: Personal Information



Lexington values your privacy. Your personal information is strictly confidential and will only be used in conjunction with our service.

( Security Info )

**PERSONAL INFORMATION**

Please provide the following information. All fields are required unless noted otherwise. Note that you can sign up one person at a time only.

FIRST NAME
Michelle

LAST NAME
Gektepe

ADDRESS LINE 1
57 Ridge Lane

ADDRESS LINE 2 (optional)

CITY
Shelton

STATE/REGION
Connecticut

ZIP CODE
06484  -

EMAIL
gemgoktepe@aol.com

DATE OF BIRTH (MM/DD/YYYY)
01  /  25  /  1966

DAYTIME PHONE (including area code)
203  -  732  -  0066   Ext.

EVENING PHONE (including area code)
203  -  924  -  9219

Continue

Copyright © 2002 Lexington Law Firm. All rights reserved.



Verisign
Secure
Site
click to verify

# Step 3: Payment Preferences



Please choose your billing cycle and preferred method of payment.
You will be asked for payment information in the next step.

( Security Info )

## INITIAL PAYMENT

You have up to 15 **days** to pay the initial fee of $75.00. The day you make that initial payment is the
day your billing cylce begins. Your subsequent payments of $35.00 per month will be charged
automatically that same day in each of the following months.

When would you like to make the first payment? [ 5 days from today ▼ ]

## PAYMENT METHOD

The payment method you choose will be used to pay the initial fee of $75.00, and all subsequent
monthly payments as they become due. No matter which method you choose, we will *never* post
unauthorized charges or make unauthorized drafts. Charges will be posted only on the date as dictated
by your billing cycle, and only in the amount approved by you.

How would you like to pay for the service? [ By credit card ▼ ]

( Continue )

Copyright © 2002 Lexington Law Firm. All rights reserved.



# Step 4: Payment Information



Please provide complete, accurate payment information below. For your protection all data is encrypted using SSL (Secure Sockets Layer.)

**Security Info**

## CREDIT CARD PAYMENT INFO

It is safe to submit credit card information to us online. We use industry-standard encryption technology to secure your data during transmission. Note that you may use another person's credit card (such as that of a spouse or family member) to pay for the service.

The credit card will be charged 5 days from today.

CARD HOLDER'S NAME (as it appears on card)
GEM GOKTEPE

TYPE OF CREDIT CARD
Mastercard

CREDIT CARD NUMBER (no spaces)
5518600020240801

EXPIRATION DATE (MONTH/YEAR)
12    2002

## CREDIT CARD BILLING ADDRESS

**\*\*\* Only required if personal address is different from billing address**

If your personal address (57 RIDGE LANE, SHELTON, CT 06484) is different from the address where the monthly credit card statements are sent to, or if you are paying with another person's credit card, you must provide the billing address associated with this credit card.

ADDRESS LINE 1
57 Ridge Lane

ADDRESS LINE 2 (optional)

CITY
Shelton

STATE/REGION
Connecticut

ZIP CODE
06484

**Continue**

Copyright © 2002 Lexington Law Firm. All rights reserved.



# Step 5: Submit Your Order



Please review your information and submit your order.
Use the "Edit" button to change/correct any information.

( Security Info )

## REVIEW YOUR INFORMATION

### PERSONAL INFORMATION

NAME: MICHELLE GEKTEPE
ADDRESS: 57 RIDGE LANE
CITY: SHELTON
STATE: CT
ZIP: 06484
HOME: 203-924-9219
WORK: 203-732-0066
EMAIL: GEMGOKTEPE@AOL.COM
DOB: 01/25/1966

( Edit )

### PAYMENT PREFERENCES

BILLING CYCLE:
Your billing cycle starts 5 days from today, at which time you will make your initial payment of $75.00. Your monthly payment of $35.00 will be drafted that same day each subsequent month.

PAYMENT METHOD
You will be using a credit card to pay for the initial signup fee, as well as your $35.00 monthly retainer fees when they become due.

( Edit )

### PAYMENT INFORMATION

CARD HOLDER  GEM GOKTEPE
CARD NUMBER: 5518600020240801
CARD TYPE: Mastercard
EXPIRATION: 12/2002
ADDRESS: 57 RIDGE LANE
CITY: SHELTON
STATE: CT
ZIP: 06484

( Edit )

## ELECTRONIC SIGNATURE

By providing your Social Security Number and your mother's maiden name, you electronically sign this power of attorney, agree to pay the retainer payments noted above and give Lexington Law Firm the right to draft the above noted payments.

SOCIAL SECURITY NUMBER (XXX-XX-XXXX)

| 042 | - | 74 | - | 2523 |

MOTHER'S MAIDEN NAME

| Sorenson |

## DISCLOSURE STATEMENT

In order to sign up for Lexington's service, you must accept the Terms and Conditions of the Disclosure Statment below. This Disclosure Statement is required by federal law.

> *** LEGALLY REQUIRED DISCLOSURE STATEMENT ***
>
> I hereby agree to the above noted payments on the dates which I indicated.
>
> I hereby agree that Lexington Law Firm may charge these amounts in the manner in which I have specified.
>
> I hereby acknowledge that I have read the following disclosure statement:

☑ I ACCEPT THESE TERMS AND CONDITIONS.

( Submit Your Order )

Copyright © 2002 Lexington Law Firm. All rights reserved.



# Order received, thank you.



Please print this page for your records.                    ( · Security Info )

ORDER #1032529143
MICHELLE GEKTEPE
57 RIDGE LANE
SHELTON, CT 06484
GEMGOKTEPE@AOL.COM

Lexington Law Firm
P.O. Box 510290
Salt Lake City, UT 84151
(800) 341-8441
victor@creditrights.org

September 9, 2002

Dear Michelle Gektepe,

Thank you for trusting Lexington Law Firm with your credit. You will receive an email confirmation shortly. Lexington will spend the next few days setting up your case in order to get you started. Once setup is complete we will send you notification via email. That email will include instructions on what to do next.

In the meantime, the single most important step you can take is to send us copies of your credit reports. The sooner we receive your credit reports, the sooner we can go to work for you. You can order all three credit reports online by visiting www.bestcreditreports.com, or you can request separate copies from each of the credit bureaus.

Should you have any questions or concerns please give us a call at (800) 341-8441. We look forward to serving you.

Sincerely,



**Victor Lawrence**
Directing Attorney
Lexington Law Firm

## Take the Welcome Tour

Copyright © 2002 Lexington Law Firm. All rights reserved.

VeriSign
Secure
Site
Click to verify