## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELLE GOPTEKE | : | |
| | : | |
| Plaintiff, | : | NO. 3:03cv89 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| VICTOR LAWRENCE d/b/a LEXINGTON LAW FIRM | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

The defendant's Motion To Extend Time To File Memorandum In Opposition To Motion To Compel (Doc. #29), dated September 12, 2003 is hereby **DENIED as moot**.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
       U.S.D.J.

Dated at New Haven, Connecticut: January 13, 2004.