UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Scheduling Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

**Tuesday, January 13, 2004**
**1:30 p.m.**

**Plaintiff's attorney will initiate the telephone conference call.**

**After all of the parties are on the conference call, they should then call Chambers at 203-773-2022 on the above date and time.**

**Counsel are ordered by the Court to be prepared to discuss all pending motions.**

CASE NO. **3:03cv89**   **Michelle Goktepe v. Victor Lawrence d/b/a Lexington Law Firm**

Blake S. Atkin
Atkin & Hawkins
136 S. Main St.
Suite 610
Salt Lake City, UT 84101

Richard H.G. Cunningham
12 Kenilworth Drive East
Stamford, CT 06902

Joanne S. Faulkner
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422

Lonn Litchfield
Atkin & Hawkins
136 S. Main St., Suite 610
Salt Lake City, UT 84101

STATUS CONFERENCE HELD
DATE: 1/13/04

15 min

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK