UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE            JURY TRIAL DEMANDED

v.            CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE
     d/b/a/ LEXINGTON LAW FIRM         February 9, 2004

## MOTION FOR PERMISSION TO AMEND

Plaintiff moves permission to file a Second Amended Complaint to set forth claims which she confirmed after the date of the Complaint, including her recent depositions of Trans Union and Experian (consumer reporting agencies) which revealed that neither agency received any disputes from Lexington Law Firm about items on plaintiff's credit report; and to specify the subsections which she claims defendant violated. Plaintiff further requests that the amended complaint be deemed filed on the date, if any, this motion is granted.

                                              THE PLAINTIFF

                                              BY _____
                                              JOANNE S. FAULKNER ct04137
                                              123 Avon Street
                                              New Haven, CT 06511-2422
                                              (203) 772-0395

This is to certify that the foregoing was mailed on February 9, 2004, postage prepaid, to:

Richard H.G. Cunningham
12 Kenilworth Drive East
Stamford CT 06902

Blake Atkin
136 S Main St 6th fl
Salt Lake City UT 84101

                                              _____
                                              Joanne S. Faulkner