IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| MICHELLE GOKTEPE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VICTOR LAWRENCE, d/b/a/ LEXINGTON LAW FIRM,<br><br>　　　　　Defendant. | **ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Case No. 3:03CV0089-MRK<br><br>Honorable Judge Mark R. Kravitz |

Defendant Victor Lawrence answers plaintiff's First Amended Complaint as follows:

1. Defendant admits that plaintiff seeks relief pursuant to the stated laws. Defendant denies that plaintiff is entitled to any such relief.

2. Defendant denies that this court has jurisdiction.

3. Admitted.

4. Denied.

5. Denied.

6. Defendant admits he has a place of business at 634 South 400 West, #200, Salt Lake City. Utah 84101. Defendant denies the remaining allegations of paragraph 6 of the First Amended Complaint.

7. Denied.

8. Admitted.

9. Defendant admits that plaintiff paid him a retainer file that has now been fully refunded. Defendant denies the remaining allegations of paragraph 9.

10. Defendant admits he has accepted retainer fees from Connecticut residents. Defendant denies the remaining allegations of paragraph 10.

11. Denied.

12. Defendant states that the web site documents speak for themselves, therefore Defendant denies the allegations of paragraph 12 of the amended complaint.

13. Defendant states that the web site documents speak for themselves, therefore Defendant denies the allegations of paragraph 13 of the amended complaint.

14. Denied.

15. Defendant admits that he sometimes communicates with clients via email. Defendant denies the remainder of paragraph 15.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

## FIRST AFFIRMATIVE DEFENSE

This Court does not have subject matter jurisdiction over this action because the plaintiff cannot recover more than she recovered, she has suffered no injury, and there is no case or controversy sufficient to grant this court jurisdiction. The Court has never had jurisdiction over this case because the plaintiff received all she could receive before the case commenced.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by an accord and satisfaction.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by the doctrine of waiver.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by estoppel.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by settlement and release.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by payment.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by her failure to mitigate.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery because the case is moot.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff may not recover because the contract on which his claims are based was rescinded.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by failure of consideration.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused by Plaintiff's own actions.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were cuased by the actions of third parties, not the actions of the defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

4

Plaintiff has not pleaded that any immediately or irreparable, injury loss or damage will result to her or any other person, the harm to the defendant far outweighs the threatened harm to the plaintiff, an injunction would be adverse to the public interest, including interfering with attorney/client relationships and contracts.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from discovery by the doctrines of quantum meruit and unjust enrichment.

WHEREFORE, Victor Lawrence d/b/a Lexington Law Firm prays that the Court dismiss the Complaint, no cause of action, and award him his costs and reasonable attorneys fees and such other relief as the Court deems appropriate.

DATED this 12th day of February 2003.

ATKIN & HAWKINS, P.C.

Blake S. Atkin CT24726
Lonn Litchfield CT24727
Attorneys for Victor Lawrence
136 South Main Street, 6th Floor
Salt Lake City, UT 84101
Tel. (801) 533-0300
Fax (801) 533-0380

Local counsel:
Richard H.G. Cunningham # CT15195
12 Kenilworth Drive East
Stamford, CT 06902
Tel. (203) 348-9958
Fax (203)324-6039

5

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing ANSWER TO FIRST AMENDED COMPLAINT was mailed first class, postage prepaid on this the 12th day of February, 2003 to the following:

    Joanne S. Faulkner
    123 Avon St.
    New Haven, CT 06511-2422

\\Mango\admin\A&H Docs\Lawrence\Goktepe\Answer_1st amended complaint.wpd