IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| MICHELLE GOKTEPE,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR LAWRENCE, d/b/a/ LEXINGTON LAW FIRM,<br><br>Defendant. | <br><br>Case No. 3:03CV0089-MRK<br><br>Honorable Judge Mark R. Kravitz |

## MOTION TO STRIKE FALSE, SCANDALOUS AND IMPERTINENT MATTER

Defendant Victor Lawrence moves to strike paragraphs 12-14, 26, 27 of the plaintiff's proposed Second Amended Complaint pursuant to Fed. R. Civ. Pro. 12(f) because those paragraphs contain false, immaterial, impertinent and scandalous matter. This motion is supported by a Memorandum in Opposition to Motion for Permission to Amend and in Support of Motion to Strike.

DATED this 3 day of March, 2004.

ATKIN & HAWKINS, P.C.

_____
Blake S. Atkin CT24726
Lonn Litchfield CT24727
Attorneys for Victor Lawrence
136 South Main Street, 6th Floor
Salt Lake City, UT 84101
Tel. (801) 533-0300
Fax (801) 533-0380

Local counsel:
Richard H.G. Cunningham # CT15195
12 Kenilworth Drive East
Stamford, CT 06902
Tel. (203) 348-9958
Fax (203)324-6039

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing MOTION TO STRIKE FALSE, SCANDALOUS AND IMPERTINENT MATTER was mailed first class, postage prepaid on this the 3rd day of March, 2004 to the following:

Joanne S. Faulkner
123 Avon St.
New Haven, CT 06511-2422

