```
casehist.1006 (13%)[Press space to continue, q to quit, h for help]
                     Amount Due:         2.50
                    Amount Paid:         2.50
                  Amount Credit:         0.00
                        Balance:         0.00

         REVENUE DETAIL - TYPE: COPY FEE
                     Amount Due:         0.75
                    Amount Paid:         0.75
                  Amount Credit:         0.00
                        Balance:         0.00

CASE NOTE


PROCEEDINGS

08-28-01 Filed: Complaint
08-28-01 Judge HANSON assigned.
08-28-01 Filed: Complaint   No Amount
08-28-01 Fee Account created        Total Due:         120.00



casehist.1006 (16%)[Press space to continue, q to quit, h for help]

Printed: 03/01/04 10:14:49         Page 2
^L
CASE NUMBER 010907449 Miscellaneous
_____

08-28-01 COMPLAINT - NO AMT S     Payment Received:       120.00
         Note: Code Description: COMPLAINT-NO AMT SPC
09-12-01 Filed return: Summons on return (Clark Johnson, 20 YOA son and
         co-resident)
                  Party Served: JOHNSON, JAMIS
                  Service Type: Substitute
                  Service Date: August 29, 2001
11-05-01 Fee Account created       Total Due:          90.00
11-05-01 3RD PRTY CMPLT 10K +      Payment Received:   90.00
         Note: Code Description: 3RD PRTY CMPLT 10K+
11-23-01 Filed: Defendant Jayson Orvis' Answer to Third Party Complaint
                  JAYSON ORVIS

11-30-01 Filed return: Summons on return (Cindy Lawrence)
                  Party Served: Victor Lawrence
                  Service Type: Substitute
casehist.1006 (21%)[Press space to continue, q to quit, h for help]
                  Service Date: November 28, 2001
12-12-01 Filed return: Summons on return
                  Party Served: Sam Spendlove
                  Service Type: Personal
                  Service Date: December 06, 2001
12-20-01 Filed: Answer
                  VICTOR LAWRENCE

12-31-01 Filed: Answer by Third Party Defendant Sam Spendlove
                  SAM SPENDLOVE

01-11-02 Fee Account created       Total Due:           1.25
01-11-02 COPY FEE                  Payment Received:    1.25
01-17-02 Fee Account created       Total Due:           1.50
01-17-02 COPY FEE                  Payment Received:    1.50
01-18-02 Fee Account created       Total Due:          12.75
01-18-02 COPY FEE                  Payment Received:   12.75
02-05-02 Filed return: Summons on return (Mitzie Steckling, spouse)
                  Party Served: Deon Steckling
                  Service Type: Substitute
                  Service Date: February 02, 2002
```

```
02-15-02 Filed: Certificate of Service
02-20-02 Filed: Certificate of Service

casehist.1006 (25%)[Press space to continue, q to quit, h for help]
02-25-02 Filed: Defendant Deon Steckling's Answer to Third Party
         Complaint
                  DEON STECKLING

02-25-02 Filed: Motion to Compel
02-25-02 Filed: Memorandum of Law in Supportof Motion to Compel
03-08-02 Filed: Certificate of Service
03-12-02 Filed: Certificate of Service
03-13-02 Filed: Notice to Submit (motion to compel)
03-14-02 Filed: Affidavit of Teri Durfee




Printed: 03/01/04 10:14:50          Page 3
^L
CASE NUMBER 010907449 Miscellaneous
_____

03-14-02 Filed: Affidavit of Clella Blakely
03-14-02 Filed: Objection to Notice to Submit
03-14-02 Filed: Rule 6 Initial Disclosures

casehist.1006 (30%)[Press space to continue, q to quit, h for help]
03-18-02 Filed: Certificate of Service
03-18-02 Filed: Copy of letter from Cheryl Mori-Atkinson to Victor
         Lawrence
04-05-02 Filed: Court's Minute Entry - def's Motion to Compel
         withdrawan; the Court will take no further action on this
         motion
04-09-02 Filed: Certificate of Service  (Third Party Defendant Deon
         Steckling's Responses to Defendant, Counterclaimant and Third
         Party Plaintiff Jamis Johnson's First Set of Interrogatories
         and Requests for Production of Documents and this Certificate)
04-18-02 Filed: Certificate of Service
04-26-02 Filed: Jamis Johnson's Motion to Compel Jayson Orvis to Respond
         to Discovery Requests
04-26-02 Filed: Jamis Johnson's Memorandum in Suppot of Motion to Compel
         Jayson Orvis to Respond to Discovery Requests
04-26-02 Filed: Jamis Johnson's Motion to Compel Deon Steckling to
         Respond to Discovery Requests
04-26-02 Filed: Jamis Johnson's Memorandum in Support of Motion to
         Compel Deon Steckling to Respond to Discovery Requests
04-29-02 Filed: Certificate of Service  (Plaintiff, Counterdefendant and
         Third Party Defendant Jayson Orvis's Responses to Defendant,
         Counterclaimant and Third Party Plaintiff Jamis Johnson's First
         Request for Production of Documents and this Certificate)

casehist.1006 (36%)[Press space to continue, q to quit, h for help]
05-09-02 Filed: Plaintiff and Third Party Defendant Jayson Orvis' Ex
         Parte Request to File an Overlength Memorandum in Opposition to
         Defendant Jamis Johnson's Motion to Compel Discovery
05-09-02 Filed: Plaintiff Jayson Orvis' Memorandum in Opposition to
         Defendant Jamis Johnson's Motion to Compel Discovery
05-09-02 Filed: Deon Steckling's Memorandum in Opposition to Jamis
         Johnson's Motion to Compel Discovery Requests (Oral Argument
         Requested)
05-09-02 Filed: Affidavit of Angela W. Adams in Opposition to
         Defendant's Motion to Compel Discovery
05-09-02 Filed: Affidavit of Angela W. Adams in Opposition to
         Defendant's Motion to Compel Discovery
05-15-02 Filed: Notice to Submit Motion to Compel Jayson Orvis to
         Respond to Discovery Requests
05-15-02 Filed: Notice to Submit Motion to Compel Deon Steckling to
         Respond to Discovery Requests
05-15-02 Filed: Jamis Johnson's Reply Memorandum in Support of Motion to
         Compel Deon Steckling to Respnd to Discovery Requests
```

```
05-15-02 Filed: Jamis Johnson's Reply Memorandum in Support of Motion to
         Compel Jayson Orvis to Respond to Discovery Requests
05-15-02 Filed order: order granting plaintiff & third party defendant
         jayson Orvis's Ex parte request to file an overlength
         memorandum in opposition to defendnat Jamis Johnson's motion to

casehist.1006 (39%)[Press space to continue, q to quit, h for help]




Printed: 03/01/04 10:14:51            Page 4
^L
CASE NUMBER 010907449 Miscellaneous
_____

         comple discovery
                Judge   thanson
                Signed May 15, 2002
05-23-02 Filed: Notice of Deposition for Jamis Johnson
05-28-02 Filed: Motion to Quash Subpoenas for the Production of
         Documents (oral argument requested)
05-28-02 Filed: Memorandum in Support of Motion to Quash Subpoenas for
         Production of Documents (oral argument requested)
05-30-02 Filed: Objection to Supboena
05-30-02 Filed: Affidavit of Steven Mackay in Support of Objection to
         Subpoena
05-31-02 Filed return: Subpoena on return (Dion Stecking, corp. officer)
                Party Served: Consumer Credit Solutions LLC
casehist.1006 (44%)[Press space to continue, q to quit, h for help]
                Service Date: May 16, 2002
05-31-02 Filed return: Subpoena on return (Jayson Orvis, records
         custodian)
                Party Served: Far Cliffs Mutlimedia LLC)
                Service Date: May 28, 2002
06-03-02 Filed return: Subpoena on return (Teri Durfee, records
         custodian)
                Party Served: Lexington Law Firm
                Service Date: May 17, 2002
06-05-02 Filed: Jamis Johnson's Motion for Sanctions
06-05-02 Filed: Jamis Johnson's Memorandum in Opposition to Motion to
         Quash Subpoenas and in Support of his Motion for Sanctions
06-10-02 Filed: Court's Minute Entry - re: def motions to compel Deon
         Steckling and Jayson Orvis to respond to discovery
06-10-02 Filed: Jamis Johnson's Motion to Compel Victor Lawrence and
         Sam Spendlove to Respond to Discovery Requests
06-10-02 Filed: Jamis Johnson's Memorandum in Support of Motion to
         Compel Victor Lawrence and Sam Spendlove to Respond to
         Discovery Requests
06-10-02 Filed: Jamis Johnson's Memorandum in Opposition to Objection to
         Subpoena
06-12-02 Filed: Non-Party Entities' Reply Memorandum in Support of
         Motion to Quash Subpoenas for Production of Documents
casehist.1006 (48%)[Press space to continue, q to quit, h for help]
06-21-02 Filed: Notice to Submit (Motion to Quash Subpoenas for
         Production of Documents)
06-25-02 Filed: Certificate of Service
06-26-02 Filed: Motion for Protective Order
06-26-02 Filed: Memorandum in Opposition to Motion to Compel and in
         Support of Motion for Protective Order
06-28-02 Filed: Motion for Entry of Protective Order
06-28-02 Filed: Plaintiff, Counterdefendant and Third Party Defendant
         Jayson Orvis' Response to Third Party Defendants, Sam Spendlove
         and Victor Lawrence's Motion for Protective Order
07-10-02 Filed order: Protective Order
                Judge   thanson
                Signed July 10, 2002
```

```
Printed: 03/01/04 10:14:52          Page 5
^L
CASE NUMBER 010907449 Miscellaneous
```

---

```
casehist.1006 (54%)[Press space to continue, q to quit, h for help]
07-12-02 Filed: Jamis Johnson's Memorandum in Opposition to Motion for
         Protective Order
07-12-02 Filed: Jamis Johnson's Reply Memorandum in Support of Motion to
         Compel
07-12-02 Filed: Notice to Submit Motoin to Compel Deon Steckling to
         Respond to Discovery Requests
07-29-02 Filed: Reply in Support of Motion for Protective Order
07-29-02 Filed: Motion to Strike Depositions of Steve Paige, Thomas
         Triplett and Jade W. Griffin
07-29-02 Filed: Memorandum in Support of Motion to Strike Depositions of
         Thomas Triplett, Steve Paige and Jade W. Griffin
08-01-02 Filed: Subpoena (Will Vigil)
08-01-02 Filed: Subpoena (Thomas Triplett)
08-01-02 Filed: Notice to Submit Motion for Protective Order
08-02-02 Filed: Jamis Johnson's Memorandum in Oposition to Motion to
         Strike
08-15-02 Filed: Notice to Submit for Decision
08-15-02 Filed: Court's Minute Entry - re: Motion to Compel, Motoin for
         Protective Order, Motion to Wuash Subpoenas, Motion for
         Sanctions
08-15-02 Filed: Reply Memorandum in Support of Motion to Strike
         Depositions of Thomas Triplett, Steve Paige and Jade W. Griffen
08-30-02 Filed: Plaintiff, Counterdefendant and Third Party Defendant

casehist.1006 (59%)[Press space to continue, q to quit, h for help]
         Jayson Orvis' Motion for a Protective Order and Motion for
         Sanctions (oral argument requested)
08-30-02 Filed: Plaintiff, Counterdefendant and Third Party Defendant
         Jayson Orvis' Memorandum in Support of Motion for a Protective
         Order and Motion for Sanctions (oral argument requested
08-30-02 Filed: Motion for Summary Judgment
08-30-02 Filed: Ex Parte Application to File Overlength Memorandum
08-30-02 Filed: Memorandum in Support of Motion for Summary Judgment
09-12-02 Filed: Certificate of Service
09-12-02 Filed: Certificate of Service
09-17-02 Filed: Ex Parte Application for Permission to File an
         Over-Length Memorandum
09-17-02 Filed: Jamis Johnson's Memorandum in Opposition to Jayson
         Orvis' Motion for Protective Order and Motion for Sanctions
09-19-02 Filed order: Ex Parte Order (permission to file overlength memo
         in opposition to plas motion for prot order, etc;)
                 Judge  thanson
                 Signed September 19, 2002
09-20-02 Filed order: Court's Minute Entry - third party defs Lawrrence
         and Spendlove's Motion to Strike Depositions of Thomas
         Triplett, Steve Paige and Jade W. Griffin granted; this ME will
         stand as Order of the Court
                 Judge  thanson

casehist.1006 (63%)[Press space to continue, q to quit, h for help]
                 Signed September 20, 2002
09-25-02 Filed: Plaintiff, Counterdefendant and Third Party Defendant
         Jayson Orvis' Reply Memorandum in Support of Motion for a
```

```
Printed: 03/01/04 10:14:52          Page 6
^L
CASE NUMBER 010907449 Miscellaneous
```

```
              Protective Order, and Motion for Sanctions
   09-30-02 Filed: Joinder in Opposition to Motion for Sanctions
   09-30-02 Filed: Plaintiff's Notice to Submit Motion for Protective Order
              and Sanctions for Decision
   10-04-02 Filed: Plaintiff Jayson Orvis' Opposition to Non-Party Will
              Vigil's Joinder in Opposition to Plaintiff's Motoin for a
              Protective Order and Motion for Sanctions
   10-11-02 Filed: Jamis Johnson and Danell Johnson's Memorandum in
              Opposition to Victor Lawrence and Sam Spendlove's Motion for
              Summary Judgment

casehist.1006 (68%)[Press space to continue, q to quit, h for help]
   10-11-02 Filed: Affidavit of Cheryl Mori-Atkinson in Support of Jamis
              Johnson's Memorandum in Opposition to Motion for Summary
              Judgment
   10-25-02 Filed: Reply Memorandum in Support of Motion for Summary
              Judgment
   10-25-02 Filed: Johnson's Combined Motion and Memorandum for a
              Protective Order
   11-05-02 Filed order: Court's Minute Entry - Jayson Orvis' Motion for
              Protective Order and Motion for Sanctions granted; this ME will
              stand as Court's Order
                     Judge   thanson
                     Signed November 05, 2002
   11-12-02 Filed: Plaintiff Jayson Orvis' Motion to Compel Production of
              Documents
   11-12-02 Filed: Plaintiff Jayson Orvis' Memorandum in Support of Motion
              to Compel Production of Documents
   11-12-02 Filed: Plaintiff Jayson Orvis' Memorandum in Opposition to
              Defendant Jamis Johnson's Motion for a Protective Order
   11-12-02 Filed: Affidavit of Angela W. Adams in Opposition to
              Defendant's Motion for Protective Order and in Support of
              Plaintiffs Motion to Compel Production of Documents
   11-13-02 Filed: Notice to Submit (Motion for Summary Judgment)
   11-18-02 Filed: Affidavit of Angela W. Adams Regarding Attorney Fees

casehist.1006 (72%)[Press space to continue, q to quit, h for help]
   11-27-02 Filed: Plaintiff's Notice to Submit Defendant's Motion for
              Protective Order for Decisoin
   12-09-02 SUMMARY JUDGMENT MOTION scheduled on January 29, 2003 at 09:00
              AM in Fourth Floor - N45 with Judge HANSON.
   12-09-02 Filed: Motion motion and stipulation to set aside case
              management order
   12-11-02 Filed order: Ct's M.E: 3rd pty defs motion for summary judgment
              is set for hearing on 1/29/03, @ 9am, motion for protective
              order is denied
                     Judge   thanson
                     Signed December 11, 2002
   12-24-02 Filed: Jamis Johnson's Responses to Jayson Orvis' First Request
              for Production of Documents
   12-31-02 Filed: Plaintiff's Notice to Submit Fee Award for Decision
   01-16-03 Filed: Ct's M.E: Re: attorney fees, the Court has questions re:
              amount of $9,297.40, in attorney fees, The Court will consider


Printed: 03/01/04 10:14:53             Page 7
^L

casehist.1006 (77%)[Press space to continue, q to quit, h for help]
CASE NUMBER 010907449 Miscellaneous
_____

              the matter on 1/29/03, @ 9am
   01-17-03 Filed: Certificate of Service of Response to Plaintiff,
              Counterdefendant and Third Party Defendant Jayson Orvis' First
              Set of Interrogatories to Defendant, Counterclaimant, and Third
              Party Plaintiff Jamis Johnson
   01-29-03 Minute Entry - Minutes for MINUTE ENTRY
```

```
       Judge:   TIMOTHY R. HANSON
       Clerk:   evelynt
       PRESENT

       Plaintiff's Attorney(s): ANGELA W ADAMS
       Defendant's Attorney(s): SEAN N. EGAN
       Other Parties: BLAKE S ATKIN
       Video
       Tape Number:      1/29/03    Tape Count:  9:07/10:01
```

---

HEARING

```
casehist.1006 (82%)[Press space to continue, q to quit, h for help]
       This matter is before the Court for oral argument regarding  Third
   Party Defendant's motion for summary judgment.
       Counsel present arguments to the Court.
       The matter is submitted.
       Based upon arguments of counsel the Court takes the motion under
   advisement.
       The Court will review the documents and issue a written opinion.
       The Court strikes Danell Johnson from the law suit, as a
   non-party.  This does not preclude counsel from properly bringing
   her into the law suit.
       Based upon representation of counsel, the Court grants the
   plaintiff, Orvis' attorney fees as prayed.  Ms. Adams will submit
   appropriate documents thereon.
02-03-03 Filed order: Order granting plaintiff Jayson Orvis' motion for
   attorney fees
             Judge   thanson
             Signed February 03, 2003
02-04-03 Judgment #1 Entered
       Creditor: ANGELA W ADAMS
       Debtor:   SEAN EGAN
           9,297.20 Attorneys Fees
           9,297.20 Judgment Grand Total
02-04-03 Filed judgment: Order Granting Plaintiff Jayson Orvis' Motion

casehist.1006 (85%)[Press space to continue, q to quit, h for help]
   for Attorney Fees @J
             Judge   thanson
             Signed February 03, 2003
02-05-03 Filed: Affidavit of Jamis M. Johnson
02-05-03 Filed: Johnson's Motion to Submit Affidvait in Opposition to
   Summary Judgment
```

---

Printed: 03/01/04 10:14:55            Page 8
^L

CASE NUMBER 010907449 Miscellaneous

---

```
02-06-03 Filed: affidavit of Jamis M. Johnson
02-10-03 Filed: Motion to Strike the Affidavit of Jamis M. Johnson Dated
   February 5, 2003
02-10-03 Filed: Memorandum in Support of Motion to Strike the Affidavit
   of Jamis M. Johnson Dated February 5, 2003
02-11-03 Fee Account created    Total Due:        15.00
02-11-03 VIDEO TAPE COPY        Payment Received:     15.00

casehist.1006 (91%)[Press space to continue, q to quit, h for help]
02-12-03 Filed order: Ct's M.E: Johnson's motion to fubmit further
   affidavit is denied, minute entry stands as court's order
             Judge   thanson
             Signed February 12, 2003
02-12-03 Filed: *******Order on johnson's motion to submit affidavit in
   opposition to summary judgment filed UNSIGNED****
```

```
02-14-03  Filed order: Order Striking DaNell Johnson as a Party to this
          Matter
                    Judge  thanson
                    Signed February 14, 2003
02-14-03  Filed: Transcript of motion hearing dated 1-29-03, Carolyn
          Erickson, CCT
03-17-03  Filed: Court's Minute Entry - Motion for Summary Judgment (3rd
          party defs Lawrence and Spendlove) granted; counsel for 3rd
          party defs to prepare order
04-03-03  Filed: Submission of Proposed Order on Third Party Defendants'
          Motion for Summary Judgment
04-10-03  Filed: Letter to Court from Blake Atkin
04-15-03  Fee Account created          Total Due:         27.75
04-15-03  COPY FEE                     Payment Received:          27.75
04-18-03  Filed: Letter to Counsel from the Court
04-18-03  Filed: (filed unsigned) Order on third party defs' motion for
          summary judgment

casehist.1006 (96%)[Press space to continue, q to quit, h for help]
04-22-03  Filed: statement of grounds for decision granting summary
          judgment to third party defendants Victor Lawrence and Same
          Spendlove
04-23-03  Filed: Jamis Johnson's Objections to Proposed Findings of Fact
          and Conclusions of Law
04-29-03  Filed: statement of grounds for decision granting sumary
          judgment to third party defendants Victor Lawrence and Sam
          Spendlove
05-05-03  Filed: Letter to counsel from the Court, dated 5/1/03
05-05-03  Filed: Letter to the Court form Blake Atkin, dated 4/18/03
05-20-03  Filed: Response to Jamis Johnson's Objections to Proposed
          Findings of Fact and Conclusions of Law (sic)
06-03-03  Filed: Jamis Johnson's Reply to Third Party Defendants'
          Response in Opposition to Objection to Proposed Findings and
          Conclusions Conclusions of Law (sic)
06-12-03  Filed: Notice to Submit for Decision (findings, conclusions on
          third party def motion for summary judgment)
06-25-03  Filed: CT's M.E:Def, third Party Pla's objection to to stmt of
          grounds granting summary judgment, and def's no cause is
```

```
casehist.1006 (99%)[Press space to continue, q to quit, h for help]
Printed: 03/01/04 10:14:56         Page 9
^L
CASE NUMBER 010907449 Miscellaneous
```

```
          overruled, order entered this date, no formal order required
06-25-03  Filed order: Statement of Grounds for decision granting summary
          judgment to third party defendants Victor lawrence and Sam
          Spendlove
                    Judge  thanson
                    Signed June 25, 2003
06-25-03  Filed order: Judgment
                    Judge  thanson
                    Signed June 25, 2003
12-18-03  Filed: Notice of Withdrawal of Counsel (Sean Egan for def)
02-23-04  Fee Account created          Total Due:          2.50
02-23-04  COPY FEE                     Payment Received:           2.50
02-25-04  Fee Account created          Total Due:          0.75
02-25-04  COPY FEE                     Payment Received:           0.75
```