### Joanne Faulkner

| | |
|---|---|
| From: | "Joanne Faulkner" <j.faulkner@snet.net> |
| To: | "Atkin & Hawkins" <atkinandhawkins@velocitus.net> |
| Sent: | January 12, 2004 1:26 PM |
| Attach: | Supp_Prod.wpd; Supp Resp_1st Interr.wpd |
| Subject: | Re: Discovery |

I have not yet received the hard copies. Will they contain the production material as well?
It seems that we are still back in June as far as discovery goes. I thought we had progressed further in our discovery conference. See comments on the responses.

The supplemental material does not include the revised response to admissions which we discussed at great length. You were going to give me an authenticated copy of the web pages too. Is that coming with the production material?

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net


---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.560 / Virus Database: 352 - Release Date: 1/8/04

3/25/04

## Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Atkin & Hawkins" <atkinandhawkins@velocitus.net>
**Sent:** January 15, 2004 11:28 AM
**Subject:** blake atkin

I did not get Exhibit A to the supplemental production responses. Please email to me. Thanks.

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net


---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.560 / Virus Database: 352 - Release Date: 1/8/04

## Joanne Faulkner

| | |
|---|---|
| **From:** | "Joanne Faulkner" <j.faulkner@snet.net> |
| **To:** | "Atkin & Hawkins" <atkinandhawkins@velocitus.net> |
| **Sent:** | February 28, 2004 2:07 PM |
| **Subject:** | Blake |

You have not gotten back to me about the discovery disputes. See my email of Jan 12, 2004. I just got your Rule 11 motion which claims you have provided me with Lexington support notes, which you have not (absence of any production also mentioned in my email of Jan. 12)
Please provide all the production immediately.

In addition, please provide FULL copies of the court file for Exhibit D


Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net




---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.596 / Virus Database: 379 - Release Date: 2/26/04

## Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Atkin & Hawkins" <atkinandhawkins@velocitus.net>
**Sent:** March 13, 2004 6:34 AM
**Subject:** Blake

Please send the responses to production to me. I will copy them and send them back. Thanks.

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net

---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.618 / Virus Database: 397 - Release Date: 3/9/04