UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Discovery Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

**Tuesday, April 20, 2004**
**11:00 a.m.**


**Counsel are ordered by the Court to be prepared to discuss all pending motions.**


CASE NO. **3:03cv89**    **Michelle Goktepe v. Victor Lawrence d/b/a Lexington Law Firm**

Joanne S. Faulkner
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422

Blake S. Atkin
Atkin & Hawkins
136 S. Main St., Suite 610
Salt Lake City, UT 84101

Lonn Litchfield
Atkin & Hawkins
136 S. Main St., Suite 610
Salt Lake City, UT 84101

Richard H.G. Cunningham
12 Kenilworth Drive East
Stamford, CT 06902

STATUS CONFERENCE HELD
DATE: 4/20/04
20 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK