IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| MICHELLE GOKTEPE,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR LAWRENCE, d/b/a/ LEXINGTON LAW FIRM,<br><br>Defendant. | Case No. 3:03CV0089-MRK<br><br>Honorable Judge Mark R. Kravitz |

## MOTION TO DISMISS
## SECOND AMENDED COMPLAINT

Defendant Victor Lawrence d/b/a Lexington Law Firm moves the Court for an order dismissing the Second Amended Complaint pursuant to Fed. R. Civ. Pro. 12(b)(1) because the plaintiff has received all she can receive under the Credit Repair Organizations Act ("CROA") 15 U.S.C. § 1679 et seq., because she lacks standing to assert her claim under 15 U.S.C. § 1679b(a)(1) and because she is not the proper plaintiff, and pursuant to Rule 12(b)(6) because she has failed to plead her allegations of fraud with particularity as required by Fed. R. Civ. Pro. 9(b).

DATED this 26 day of April, 2004.

ATKIN & SHIELDS, P.C.

Blake S. Atkin CT24726
Lonn Litchfield CT24727
Attorneys for Victor Lawrence
136 South Main Street, 6th Floor
Salt Lake City, UT 84101
Tel. (801) 533-0300
Fax (801) 533-0380

Local counsel:
Richard H.G. Cunningham # CT15195
12 Kenilworth Drive East
Stamford, CT 06902
Tel. (203) 348-9958
Fax (203)324-6039

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing MOTION TO DISMISS SECOND AMENDED COMPLAINT was mailed first class, postage prepaid on this the 26th day of April, 2004 to the following:

Joanne S. Faulkner
123 Avon St.
New Haven, CT 06511-2422

