# EXHIBIT "A"



**LexingtonLaw**
We know credit recovery

TOLL-FREE (888) 596-4997 | **OUR SERVICES** | **OUR FIRM** | **FAQ** | **SIGN UP**

# Sign Up

Usually completed in less than 5 minutes, our easy to use signup wizard will step you through the process of gathering the information required to enroll you in our service. Upon signing up a **"Welcome to Lexington"** letter will be emailed to you as confirmation. The email will contain your account information as well as specific instructions on how to access our client support resources.

( **Begin** )

If you need assistance signing up
**call us toll-free at 888.596.4997**
(M-F, 7am-7pm MST)

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.

# Step 1: Retainer Agreement



Please review the agreement below, then click the "Continue" button.
Clicking on a text link pops up a window with additional information.

( Security Info )

**RETAINER AGREEMENT**



Lexington Law Firm will work to improve your credit by **challenging** the credit items which you believe to be **inaccurate, misleading, or unverifiable. We will use federal law** to pursue your right to have all such credit listings deleted from your credit report. Whenever we receive credit reports we will **send letters** to the credit bureaus and/or your creditors on your behalf in order to communicate your dispute.

Deletion of your disputed credit may take **more or less** than twelve months. Because each case varies we **cannot** guarantee a specific outcome in your case, nor can we accurately predict the length of the retainer agreement. However, this agreement shall last for twelve months.

We **warranty** the success of our work by offering some or all of your money back if enough disputed items aren't deleted.

As a client you may correspond with the firm by telephone or email as much as you wish at no additional charge.

The initial signup fee is $75.00. The monthly retainer fee is $35.00.

**At the same time you agree to:**

    a. Use Lexington Law Firm to dispute negative items which you believe may be inaccurate, misleading, or unverifiable.
    b. **Pay Lexington** the initial setup fee of $75.00 within the next fifteen (15) days, and $35.00 each subsequent month for work performed the previous month.
    c. Use our online Dispute Valet service to indicate to us which negative items to dispute, and which dispute strategy to use in the course of challenging those items.
    d. **Forward** to us copies of all correspondence from the credit bureaus.
    e. **Send** your credit reports to us every ninety (90) days.
    f. Inform us of any change of address.
    g. You understand that failure to complete these activities will void the service warranty.

**Notice of Cancellation**

You may cancel this contract without penalty or obligation at any time before midnight of the third (3) business day after the date on which you submit this agreement. To cancel you must send an email to victor@lexingtonlaw.com or call (800) 341-8441 to speak with a client advocate.

 ( Continue )

Copyright © 2002 Lexington Law Firm  All rights reserved



## Step 2: Personal Information

Lexington values your privacy. Your personal information is strictly confidential and will only be used in conjunction with our service.

Security Info

### PERSONAL INFORMATION

Please provide the following information. All fields are required unless noted otherwise. Note that you can sign up one person at a time only.

FIRST NAME
Michelle

LAST NAME
Gektepe

ADDRESS LINE 1
57 Ridge Lane

ADDRESS LINE 2 (optional)

CITY
Shelton

STATE/REGION
Connecticut

ZIP CODE
06484 -

EMAIL
gemgoktepe@aol.com

DATE OF BIRTH (MM/DD/YYYY)
01 / 25 / 1966

DAYTIME PHONE (including area code)
203 - 732 - 0066   Ext.

EVENING PHONE (including area code)
203 - 924 - 9219

Continue

Copyright © 2002 Lexington Law Firm. All rights reserved.



VeriSign Secure Site
Click to verify

# Step 3: Payment Preferences



Please choose your billing cycle and preferred method of payment.
You will be asked for payment information in the next step.

( Security Info )

**INITIAL PAYMENT**

You have up to 15 days to pay the initial fee of $75.00. The day you make that initial payment is the
day your billing cylce begins. Your subsequent payments of $35.00 per month will be charged
automatically that same day in each of the following months.

When would you like to make the first payment? | 5 days from today ▲▼ |

**PAYMENT METHOD**



The payment method you choose will be used to pay the initial fee of $75.00, and all subsequent
monthly payments as they become due. No matter which method you choose, we will *never* post
unauthorized charges or make unauthorized drafts. Charges will be posted only on the date as dictated
by your billing cycle, and only in the amount approved by you.

How would you like to pay for the service? | By credit card ▲▼ |

( Continue )

Copyright © 2002 Lexington Law Firm. All rights reserved.



# Step 4: Payment Information



Please provide complete, accurate payment information below.
For your protection all data is encrypted using SSL (Secure Sockets Layer.)

**Security Info**

### CREDIT CARD PAYMENT INFO

It is safe to submit credit card information to us online. We use industry-standard encryption technology to secure your data during transmission. Note that you may use another person's credit card (such as that of a spouse or family member) to pay for the service.

The credit card will be charged 5 days from today.

CARD HOLDER'S NAME (as it appears on card)
GEM GOKTEPE

TYPE OF CREDIT CARD
Mastercard

CREDIT CARD NUMBER (no spaces)
5518600020240801

EXPIRATION DATE (MONTH/YEAR)
12     2002

### CREDIT CARD BILLING ADDRESS

**\*\*\* Only required if personal address is different from billing address**

If your personal address (57 RIDGE LANE, SHELTON, CT 06484) is different from the address where the monthly credit card statements are sent to, or if you are paying with another person's credit card, you must provide the billing address associated with this credit card.

ADDRESS LINE 1
57 Ridge Lane

ADDRESS LINE 2 (optional)

CITY
Shelton

STATE/REGION
Connecticut

ZIP CODE
06484

**Continue**

Copyright © 2002 Lexington Law Firm. All rights reserved.



VeriSign
Secure
Site
click to verify

# Step 5: Submit Your Order



Please review your information and submit your order.
Use the "Edit" button to change/correct any information.

( Security Info )

## REVIEW YOUR INFORMATION

| PERSONAL INFORMATION | PAYMENT PREFERENCES | PAYMENT INFORMATION |
|---|---|---|
| NAME: MICHELLE GEKTEPE | **BILLING CYCLE:** | CARD HOLDER: GEM GOKTEPE |
| ADDRESS: 57 RIDGE LANE | Your billing cycle starts **5 days** from | CARD NUMBER: 5518600020240801 |
| CITY: SHELTON | today, at which time you will make | CARD TYPE: Mastercard |
| STATE: CT | your initial payment of **$75.00. Your** | EXPIRATION: 12/2002 |
| ZIP: 06484 | monthly payment of $35.00 will be | ADDRESS: 57 RIDGE LANE |
| HOME: 203-924-9219 | drafted that same day each | CITY: SHELTON |
| WORK: 203-732-0066 | subsequent month. | STATE: CT |
| EMAIL: GEMGOKTEPE@AOL.COM | | ZIP: 06484 |
| DOB: 01/25/1966 | **PAYMENT METHOD** | |
| | You will be using a **credit card** to pay | |
| | for the initial signup fee, as well as | |
| | your $35.00 monthly retainer fees | |
| | when they become due. | |

( Edit )                    ( Edit )                    ( Edit )

## ELECTRONIC SIGNATURE

By providing your Social Security Number and your mother's maiden name, you electronically sign this
power of attorney, agree to pay the retainer payments noted above and give Lexington Law Firm the
right to draft the above noted payments.

SOCIAL SECURITY NUMBER (XXX-XX-XXXX)

| 042 | - | 74 | - | 2523 |

MOTHER'S MAIDEN NAME

Sorenson

## DISCLOSURE STATEMENT

In order to sign up for Lexington's service, you must accept the Terms and Conditions of the Disclosure
Statment below. This Disclosure Statement is required by federal law.

*** LEGALLY REQUIRED DISCLOSURE STATEMENT ***

I hereby agree to the above noted payments on the dates which I indicated.

I hereby agree that Lexington Law Firm may charge these amounts in the manner in
which I have specified.

I hereby acknowledge that I have read the following disclosure statement:

'✓' I ACCEPT THESE TERMS AND CONDITIONS.

( Submit Your Order )

Copyright © 2002 Lexington Law Firm  All rights reserved.



# Order received, thank you.



Please print this page for your records.

( Security Info )



ORDER #1032529143
MICHELLE GEKTEPE
57 RIDGE LANE
SHELTON, CT 06484
GEMGOKTEPE@AOL.COM

Lexington Law Firm
P.O. Box 510290
Salt Lake City, UT 8415
(800) 341-8441
victor@creditrights.org

September 9, 2002

Dear Michelle Gektepe,

Thank you for trusting Lexington Law Firm with your credit. You will receive an email confirmation shortly. Lexington will spend the next few days setting up your case in order to get you started. Once setup is complete we will send you notification via email. That email will include instructions on what to do next.

In the meantime, the single most important step you can take is to send us copies of your credit reports. The sooner we receive your credit reports, the sooner we can go to work for you. You can order all three credit reports online by visiting www.bestcreditreports.com, or you can request separate copies from each of the credit bureaus.

Should you have any questions or concerns please give us a call at (800) 341-8441. We look forward to serving you.

Sincerely,



**Victor Lawrence**
Directing Attorney
Lexington Law Firm

**Take the Welcome Tour**

Copyright © 2002 Lexington Law Firm. All rights reserved.

VeriSign
Secure
Site
Click to verify

# EXHIBIT "B"

Goktepe, Michelle

| | |
|---|---|
| Item ID | 294433 |
| Client ID | 198489 |
| Item Date | 9/30/2002 |
| Category | |
| Item Type | |
| Amount | $75.00 |
| Notes | |
| Assoc | |
| Name | Retainer Payment |
| Debit | |
| Credit | 75 |
| | 0 |
| Type | Card |
| Bill Status | Charge Off |
| Firm | E2 (D&M) |

Delete        OK

AutoCCAuthCode



Previous **Record 30 of 32 found** Next
Show All

| Client Name | Michelle Goktepe | Client ID | 198489 |
|---|---|---|---|
| Date of Entry | 2002-09-26 | Time of Entry | 15:40:38 |
| Who | .mail.it monkey | Request Sent | 0000-00-00 |
| Type | Email - Earned Fee | Description | ImportPro: Email - Earned |

| Explanation | | | |
|---|---|---|---|
| From | jennifer@creditrights.org | To | gemgoktepe@aol.com |
| Subject | Lexington Law Firm: Earne | CC | |

**Body**

Dear Michelle:

I just wanted to give you a breakdown of the extreme value our initial retainer fee of $75 brings you. We give you the biggest bang for the buck!

1. Initial welcome email sent confirming receipt of raw data $5.00
2. Retainer agreement downloaded by paralegal $3.00
3. Reformatting of submitted information into editable format $7.00
4. Submitted information checked, corrected and formatted by paralegal $10.00
5. Data imported into temporary file $5.00
6. List of recent cancellations compared to new client files $5.00
7. Bank/Credit Card information verified and reformatted $8.00
8. Retainer information printed and filed $3.00
9. Client data entered into main database $10.00
10. Email address verified $2.00
11. Payments created $5.00
12. Client assigned to a Client Advocate $2.00
13. Consistency check for duplicate retainers $5.00
14. Secondary welcome email sent confirming set up of new retainer $5.00

Total: $75.00

Since our pricing is so reasonable we are able to make our important and needed service available to thousands who could not otherwise afford to retain an attorney for their credit restoration needs.

Thank you again and welcome as a new and valued client.

Sincerely

Jennifer Chacon
Lexington Law Firm

# EXHIBIT "C"

Goktepe, Michelle

| | |
|---|---|
| Item ID | 326702 |
| Client ID | 198489 |
| Item Date | 10/30/2002 |
| Category | |
| Item Type | |
| Amount | $35.00 |
| Notes | |
| Assoc | |
| Name | Retainer Payment |
| Debit | |
| Credit | 35 |
| | 0 |
| Type | Card |
| Bill Status | Charge Off |
| Firm | E2 (D&M) |

Delete          O K

AutoCCAuthCode

# EXHIBIT "D"



Previous **Record 5 of 32 found** Next
Show All

| Client Name | Michelle Goktepe | Client ID | 198489 |
| Date of Entry | 2002-11-18 | Time of Entry | 12:57:52 |
| Who | Jennifer Chacon | Request Sent | 0000-00-00 |
| Type | CANCEL | Description | Client wishes to cancel |

**Explanation**

Please cancel your services and please DO NOT CHARGE TO OUR CREDIT CARD We no longer wish to continue to your services,Michelle Goktepe.If you need to contact us please call 203-732-0066

| From | Advocate | To | gemgoktepe@aol.com |
| Subject | Lexington Law Firm | CC | |

**Body**

Dear Michelle,

We have closed your account and all future payments have been deleted. Your confirmation number is 198489.

If you have any other questions concerning your account please contact us at victor@creditrights.org or call us at 800-341-8441.

Thank you,
Advocate Team
Lexington Law firm

Jennifer Chacon
Client Advocate
1-800-341-8441 ext 254

-
CC: Victor Lawrence, Esq.
================================================
SECURITY NOTICE: This communication (including any accompanying document (s) is for the sole use of the intended recipient and may contain confidential information. Unauthorized use, distribution, disclosure or any action taken or omitted to be taken in reliance on this communication is prohibited, and may be unlawful. If you are not the

intended recipient, please notify the sender by return e-mail or telephone and permanently delete or destroy all electronic and hard copies of this e-mail. By inadvertent disclosure of this communication LEXINGTON LAW FIRM does not waive confidentiality privilege with respect hereto.



Previous **Record 6 of 32 found** Next
Show All

| Client Name | Michelle Goktepe | Client ID | 198489 | |
|---|---|---|---|---|
| Date of Entry | 2002-11-18 | Time of Entry | 13:06:06 | |
| Who | Jennifer Chacon | Request Sent | 0000-00-00 | |
| Type | Payment Change Request | Description | Payment Change Request | |
| **Explanation** | | | | |
| A request to cancel this client has been made. | | | | |
| From | Your email (beta) | To | gemgoktepe@aol.com | |
| Subject | Lexington Law Firm | CC | | |
| **Body** | | | | |



Previous **Record 7 of 32 found** Next
Show All

| Client Name | Michelle Goktepe | Client ID | 198480 | |
|---|---|---|---|---|
| Date of Entry | 2002-11-18 | Time of Entry | 13:06:31 | |
| Who | Jennifer Chacon | Request Sent | 0000-00-00 | |
| Type | Outbound Call - Complete | Description | discuss cancellation | |

**Explanation**

I verified clients information.
I spoke with Gem.
He is not happy because they have not seen results fast enough. I explained that it takes 45-60 days from the date we mail out disputes to receive the first set of updates.

| From | Advocate | To | gemgoktepe@aol.com |
|---|---|---|---|
| Subject | Lexington Law Firm | CC | |
| Body | | | |



Previous **Record 8 of 32 found** Next
Show All

| Client Name | Michelle Goktepe | Client ID | 198489 |
|---|---|---|---|
| Date of Entry | 2002-11-18 | Time of Entry | 19:25:53 |
| Who | Arthur Blakely | Request Sent | 0000-00-00 |
| Type | Email - Received | Description | handled |

**Explanation**

We reguested to cancell services twice and havent heart form you,please cancel services and Refund all monies we have paid you.,you can credit our credit card back.Thank you kindly,Michelle Goktepe

| From | Advocate | To | gemgoktepe@aol.com |
|---|---|---|---|
| Subject | Lexington Law Firm | CC | |
| Body | | | |

EXHIBIT "E"

**Goktepe, Michelle**

| | |
|---|---|
| Item ID | 487469 |
| Client ID | 198489 |
| Item Date | 2/14/2003 |
| Category | |
| Item Type | |
| Amount | |
| Notes | |
| Assoc | |
| Name | Refund to Client |
| Debit | -110 |
| Credit | |
| | 0 |
| Type | Card |
| Bill Status | Charge Off |
| Firm | |

Delete        OK

AutoCCAuthCode



Previous **Record 3 of 32 found** Next
Show All

| Client Name | Michelle Goktepe | Client ID | 198489 | |
|---|---|---|---|---|
| Date of Entry | 2003-02-14 | Time of Entry | 16:06:44 | |
| Who | Accounting | Request Sent | 0000-00-00 | |
| Type | Refund Completed | Description | $110.00 | |
| **Explanation** | | | | |
| A refund was completed for the amount of $110.00 via Card. | | | | |
| From | eanalyst@creditrights.com | To | gemgoktepe@aol.com | |
| Subject | Lexington Law Firm | CC | | |
| **Body** | | | | |