UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.   CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/ LEXINGTON LAW FIRM   May 4, 2004

RENEWAL OF MOTION FOR PAYMENT OF COSTS OF SERVICE

Plaintiff's Motion for Payment of Costs of Service (Doc. No. 11) was denied without prejudice to renewal (Doc. No. 41), pending the Court's determination of whether the service was proper. That determination has now been made. Accordingly, plaintiff renews her Motion for Payment of Costs of Service, briefed at Doc Nos. 14, 15.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
       JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395


This is to certify that the foregoing was mailed on May 3, 2004, postage prepaid, to:

Richard H.G. Cunningham
12 Kenilworth Drive East
Stamford CT 06902

Blake Atkin
136 S Main St 6th fl
Salt Lake City UT 84101

__/s/ Joanne S. Faulkner____
Joanne S. Faulkner

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.   CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/ LEXINGTON LAW FIRM   May 4, 2004

RENEWAL OF MOTION FOR PAYMENT OF COSTS OF SERVICE

Plaintiff's Motion for Payment of Costs of Service (Doc. No. 11) was denied without prejudice to renewal (Doc. No. 41), pending the Court's determination of whether the service was proper. That determination has now been made. Accordingly, plaintiff renews her Motion for Payment of Costs of Service, briefed at Doc Nos. 14, 15.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
   JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

This is to certify that the foregoing was mailed on May 3, 2004, postage prepaid, to:

Richard H.G. Cunningham
12 Kenilworth Drive East
Stamford CT 06902

Blake Atkin
136 S Main St 6th fl
Salt Lake City UT 84101

__/s/ Joanne S. Faulkner____
Joanne S. Faulkner

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.                                              CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/ LEXINGTON LAW FIRM        May 4, 2004

RENEWAL OF MOTION FOR PAYMENT OF COSTS OF SERVICE

Plaintiff's Motion for Payment of Costs of Service (Doc. No. 11) was denied without prejudice to renewal (Doc. No. 41), pending the Court's determination of whether the service was proper. That determination has now been made. Accordingly, plaintiff renews her Motion for Payment of Costs of Service, briefed at Doc Nos. 14, 15.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
     JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395


This is to certify that the foregoing was mailed on May 3, 2004, postage prepaid, to:

Richard H.G. Cunningham
12 Kenilworth Drive East
Stamford CT 06902

Blake Atkin
136 S Main St 6th fl
Salt Lake City UT 84101

__/s/ Joanne S. Faulkner____
Joanne S. Faulkner