IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

FILED
May 27  2 05 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MICHELLE GOKTEPE,

    Plaintiff,

v.

VICTOR LAWRENCE, d/b/a/ LEXINGTON LAW FIRM,

    Defendant.

Case No. 3:03CV0089-MRK

Honorable Judge Mark R. Kravitz

## RESPONSE TO RENEWAL OF MOTION FOR PAYMENT OF COSTS OF SERVICE

Defendant has tendered $172.02 to Plaintiff's counsel in full satisfaction of the service of costs in this matter.

DATED this 24 day of May, 2004.

ATKIN & SHIELDS, P.C.

Blake S. Atkin CT24726
Lonn Litchfield CT24727
Attorneys for Victor Lawrence
136 South Main Street, 6th Floor
Salt Lake City, UT 84101
Tel. (801) 533-0300
Fax (801) 533-0380

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing RESPONSE TO RENEWAL OF MOTION FOR PAYMENT OF COSTS OF SERVICE was mailed first class, postage prepaid on this the 24th day of May, 2004 to the following:

Joanne S. Faulkner
123 Avon St.
New Haven, CT 06511-2422

*/s/ Nicole Moore*