IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

FILED
2 39 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| MICHELLE GOKTEPE,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR LAWRENCE, d/b/a/ LEXINGTON LAW FIRM,<br><br>Defendant. | Case No. 3:03CV0089-MRK<br><br>Honorable Judge Mark R. Kravitz |

### OBJECTION TO MOTION FOR SETTLEMENT CONFERENCE

Ms. Faulkner has improperly communicated to the Judge presiding over this matter settlement discussions that are inadmissible under Rule 408, Federal Rules of Civil Procedure. This blatant and inappropriate communication is compounded by the fact that she has only forwarded to the court one-half of the correspondence and has withheld defendant's half of the communication which shows that no settlement was ever reached because plaintiff rejected Defendant's settlement proposals.

No settlement was reached, the motion is improper and should be denied. If the court does

not summarily reject the motion because it has a potential to improperly bias the court, Defendant requests an opportunity to fully brief the issue.

DATED this ___ day of June, 2004.

ATKIN & SHIELDS, P.C.

Blake S. Atkin CT24726
Lonn Litchfield CT24727
Attorneys for Victor Lawrence
136 South Main Street, 6th Floor
Salt Lake City, UT 84101
Tel. (801) 533-0300
Fax (801) 533-0380

Local counsel:
Richard H.G. Cunningham # CT15195
12 Kenilworth Drive East
Stamford, CT 06902
Tel. (203) 348-9958
Fax (203)324-6039

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing OBJECTION TO MOTION FOR SETTLEMENT CONFERENCE was mailed first class, postage prepaid on this the ___ day of June, 2004 to the following:

Joanne S. Faulkner
123 Avon St.
New Haven, CT 06511-2422

_[signature]_