UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELLE GOPTEKE | : | |
| | : | |
| Plaintiff, | : | NO. 3:03cv89 (MRK) |
| | : | |
| v. | : | |
| | : | |
| VICTOR LAWRENCE d/b/a LEXINGTON LAW FIRM | : | |
| | : | |
| Defendant. | : | |

## ORDER

In view of Defendant's Objection, Plaintiff's Motion For Settlement Conference [doc. # 66], dated June 28, 2004, is DENIED without prejudice to renewal if both parties request a reference.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 19, 2004.