UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.                                                      CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/
    LEXINGTON LAW FIRM                    July 31, 2004

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
RE EXPERT WITNESS REPORT**

Plaintiff moves for an extension of time to serve her expert witness report until discovery has progressed far enough to allow an expert to render an opinion. To date, defendant has aborted three attempted depositions of the clerical staff who worked on plaintiff's file on the crucial dates, and refused to provide new deposition dates. Defendant has also refused to provide documents and testimony which he deems confidential. At his deposition, defendant refused to answer such questions as the number of clients,[1] the pay range for the data entry clerks who generate the credit bureau letters (payroll is outsourced), the name of the entity from which the technology is licensed, whether the entity is Far Cliffs Multimedia, the relations with Far Cliffs, whom he deals with at Far Cliffs, whether he knows anyone who is part of the entity to whom Lexington pays rent, how many clients are assigned to each of the paralegals, whether he consulted CA attorney Brelsford about this lawsuit, how letters generated in Utah on behalf of a Connecticut resident wound up being postmarked Portland ME; the process of generating and sending the credit bureau dispute letters, whether he has contracts with mail drops around the country to receive and mail the dispute letters.

---

[1] He recently disclosed that his office has helped over 80,000 people clean up their reports; and that some 350,000 errors were deleted last year alone.

The undersigned repeatedly requested defendant for his consent to this extension, which is the first such motion for extension for an expert witness, but he has not responded.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on July 31, 2004postage prepaid, to:

Richard H.G. Cunningham
12 Kenilworth Drive East
Stamford CT 06902

Blake Atkin
136 S Main St 6th floor
Salt Lake City UT 84101

_____/s/ Joanne S. Faulkner_____
Joanne S. Faulkner