IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| MICHELLE GOKTEPE,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR LAWRENCE, d/b/a/ LEXINGTON LAW FIRM,<br><br>Defendant. | Case No. 3:03CV0089-MRK<br><br>Honorable Judge Mark R. Kravitz |

## MOTION TO ALLOW WITHDRAWAL OF APPEARANCES

Pursuant to the election and stipulation of Defendant Victor Lawrence, defendant's counsel, Blake S. Atkin, Lonn Litchfield, the law firm of Atkin & Shields, and Richard Cunningham move the court for leave to withdraw their appearances in this case and allow Mr. Lawrence to appear pro se pursuant to D. Conn. L. Civ. R. 7(e). The contact information for Mr. Lawrence is:

Law offices of Victor Lawrence
P.O.Box 1413
Bountiful, Utah 84011-1413
(801) 244-2515

      DATED this ____ day of September, 2004.

ATKIN & SHIELDS, P.C.

_____
Blake S. Atkin CT24726
Lonn Litchfield CT24727
Attorneys for Victor Lawrence
136 South Main Street, 6th Floor
Salt Lake City, UT 84101
Tel. (801) 533-0300
Fax (801) 533-0380

Local counsel:
Richard H.G. Cunningham # CT15195
12 Kenilworth Drive East
Stamford, CT 06902
Tel. (203) 348-9958
Fax (203)324-6039

## CERTIFICATE OF SERVICE

    I hereby certify that true and correct copies of the foregoing MOTION TO ALLOW WITHDRAWAL OF APPEARANCES was mailed first class, postage prepaid on this the 16th day of September, 2004 to the following:

Joanne S. Faulkner
123 Avon St.
New Haven, CT 06511-2422

                                                                                 _____