IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| MICHELLE GOKTEPE,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR LAWRENCE, d/b/a/ LEXINGTON LAW FIRM,<br><br>Defendant. | Case No. 3:03CV0089-MRK<br><br>Honorable Judge Mark R. Kravitz |

**ELECTION AND STIPULATION TO PROCEED PRO SE**

Defendant Victor Lawrence, hereby elects to proceed pro se and stipulates to the withdrawal of his attorneys, Blake S. Atkin, Lonn Litchfield, the law firm of Atkin & Shields, and Richard Cunningham from representing him in this matter. Mr. Lawrence is, himself, a lawyer and does not anticipate any delay caused by his election to appear pro se.

DATED this ____ day of September, 2004.

_____
Victor Lawrence

## CERTIFICATE OF SERVICE

    I hereby certify that true and correct copies of the foregoing ELECTION AND STIPULATION TO PROCEED PRO SE was mailed first class, postage prepaid on this the 16th day of September, 2004 to the following:

Joanne S. Faulkner
123 Avon St.
New Haven, CT 06511-2422

                                                                                              _____