United States District Court
District of Connecticut
FILED AT NEW HAVEN
9/27/20 04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| MICHELL GOKTEPE, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS** |
| vs. | ) | |
| | ) | |
| VICTOR LAWRENCE, d/b/a LEXINGTON LAW FIRM, | ) | Case No. 3:03CV0089-MRK |
| | ) | Honorable Judge Mark R. Kravitz |
| Defendant. | ) | |

Victor Lawrence d/b/a Lexington Law Firm, Defendant Pro Se, moves the Court pursuant to Fed. R. Civ. Pro. 37(a) and 30(d) for an order compelling Plaintiff to appear for a re-deposition and to respond to all deposition questions that she improperly failed to answer at her original deposition, and all other proper deposition questions, and for sanctions against Plaintiff and/or her attorney for costs and fees incurred as the result of their improper behavior concerning such deposition. Plaintiff has filed a memorandum in support of this motion in conjunction herewith.

DATED this 24th day of September, 2004.

_____
Victor Lawrence
Defendant Pro Se
P.O. Box 1413
Bountiful, Utah 84011-1413
Tel.: (801) 244-2515
Fax: (801) 292-7575

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Compel Discovery and for Sanctions was served by First Class U.S. mail, postage prepaid, and by Federal Express on this 24th day of September, 2004, to the following:

Joanne S. Faulker, Esq.
123 Avon Street
New Haven, CT  06511-2422

*Liz Perkins*