IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| MICHELLE GOKTEPE, | ) |
| | ) |
| Plaintiff, | ) **AMENDED ELECTION AND STIPULATION TO PROCEED PRO SE** |
| | ) |
| vs. | ) |
| | ) |
| VICTOR LAWRENCE, d/b/a LEXINGTON LAW FIRM, | ) Case No. 3:03CV0089-MRK |
| | ) |
| | ) Honorable Judge Mark R. Kravitz |
| Defendant. | ) |

Defendant Victor Lawrence hereby elects to proceed pro se and stipulates to the withdrawal of his attorneys, Blake S. Atkin, Lonn Litchfield, the law firm of Atkins & Shields and Richard Cunningham from representing him in this matter. Defendant himself is a lawyer licensed in the State of Utah and does not anticipate any delay caused by his election to appear pro se. By oversight, in his original Election and Stipulation to Proceed Pro Se, filed with the Court on September 20, 2004, Defendant neglected to provide the Court with his Connecticut address for service, and his current office phone number which are listed below.

DATED this _5th_ day of October, 2004.

Victor Lawrence
Defendant Pro Se

**Connecticut Address:**
c/o CT Corporation System
One Commercial Plaza
Hartford, CT 06103

**Utah Address:**
P.O. Box 1413
Bountiful, Utah 84011-1413
**Tel.: (801) 296-0252**
Fax: (801) 292-7575

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Election and Stipulation to Proceed Pro Se was served by First Class U.S. mail, postage prepaid, and by Federal Express on this ___5th___ day of October, 2004, to the following:

Joanne S. Faulker, Esq.
123 Avon Street
New Haven, CT  06511-2422