IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

---

| | |
|---|---|
| MICHELLE GOKTEPE, ) | |
| ) | |
| Plaintiff, ) | **MOTION FOR** |
| ) | **RECONSIDERATION** |
| vs. ) | |
| ) | |
| VICTOR LAWRENCE, d/b/a ) | Case No. 3:03CV0089-MRK |
| LEXINGTON LAW FIRM, ) | |
| ) | Honorable Judge Mark R. Kravitz |
| Defendant. ) | |

---

Victor Lawrence d/b/a Lexington Law Firm, Defendant Pro Se, moves the Court pursuant to Rule 7(c) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut for reconsideration of its Ruling and Order entered on October 15, 2004, as follows:

1. Defendant requests the Court to reconsider and reverse its decision denying Defendant's Motion to Compel and for Sanctions on the basis that the information sought by such motion is not likely to lead to admissible evidence and appears to be completely irrelevant to the issues before the Court on the current pleadings.

2. Defendant requests the Court to reconsider and reverse its decision granting Plaintiff's Motion for a Protective Order on the basis that Defendant had not yet filed an objection to such Motion.

Defendant has filed a memorandum in support of this motion in conjunction herewith.

DATED this _____ day of October, 2004.

_____
Victor Lawrence
Defendant Pro Se
P.O. Box 1413
Bountiful, Utah 84011-1413
Tel.: (801) 296-0252
Fax: (801) 292-7575

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Reconsideration was served by hand-delivery and First Class U.S. mail, postage prepaid, on this _____ day of October, 2004, to the following:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511-2422

                                                                                                                                                                  _____