IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| MICHELLE GOKTEPE, ) | |
| ) | **MEMORANDUM IN SUPPORT** |
| Plaintiff, ) | **OF MOTION FOR** |
| ) | **RECONSIDERATION** |
| vs. ) | |
| ) | Case No. 3:03CV0089-MRK |
| VICTOR LAWRENCE, d/b/a ) | |
| LEXINGTON LAW FIRM, ) | Honorable Judge Mark R. Kravitz |
| Defendant. ) | |

Victor Lawrence d/b/a Lexington Law Firm, Defendant Pro Se, pursuant to Rule 7(c) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, files his Memorandum in Support of Motion for Reconsideration of its Ruling and Order entered on October 15, 2004, as follows:

**ARGUMENT**

1. **THE REQUESTED INFORMATION IS RELEVANT TO THE ISSUE OF ATTORNEY'S FEES, AND ACCORDINGLY, DEFENDANT'S MOTION TO COMPEL SHOULD BE GRANTED.**

The Court denied Defendant's Motion to Compel and for Sanctions on the basis that the information sought by such motion was not likely to lead to admissible evidence and appeared to be completely irrelevant to the issues before the Court on the current pleadings. However, the Court overlooked the fact that in the prayer for relief of Plaintiff's Second Amended Complaint, paragraph 2, Plaintiff requested the Court to award reasonable attorney's fees to Plaintiff.

The issue of whether Plaintiff's counsel sabotaged the attempt of Defendant to settle the case by failing to properly convey the settlement offer to Plaintiff is relevant to the issue of whether Plaintiff should receive an award of attorney's fees, and if so, what amount of attorney's fees should be awarded. Certainly, if Plaintiff would have accepted Defendant's settlement offer had it been properly conveyed by Plaintiff's counsel to Plaintiff, and if Plaintiff is not successful in obtaining a judgment in excess of the amount of the settlement offer, Plaintiff's counsel should not be awarded any attorney's fees for legal work performed after the settlement offer would have been accepted by Plaintiff.

Based on the foregoing, Defendant respectfully requests the Court to reconsider its decision to deny Defendant's Motion to Compel and for Sanctions, and thereafter, to grant such motion.

**2. THE COURT SHOULD RECONSIDER PLAINTIFF'S MOTION FOR PROTECTIVE ORDER IN LIGHT OF DEFENDANT'S OBJECTION, AND SHOULD MAKE APPROPRIATE CHANGES TO THE PROPOSED PROTECTIVE ORDER.**

The Court granted Plaintiff's Motion for a Protective Order on the basis that Defendant had not yet filed an objection to such Motion. However, after the Court's Ruling and Order was entered, Defendant timely filed an objection to such motion.

Defendant respectfully requests the Court to reconsider its order granting Plaintiff's Motion for Protective Order, by reviewing Defendant's objection, and thereafter, by incorporating the changes to the proposed Protective Order suggested in

Defendant's Objection to such Motion for Protective Order.

    DATED this _____ day of October, 2004.


_____
Victor Lawrence
Defendant Pro Se
P.O. Box 1413
Bountiful, Utah  84011-1413
Tel.: (801) 296-0252
Fax: (801) 292-7575

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Memorandum in Support of Motion for Reconsideration was served by hand-delivery and First Class U.S. mail, postage prepaid, on this _____ day of October, 2004, to the following:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511-2422

_____

4