UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.                                                          CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/
   LEXINGTON LAW FIRM                               November 12, 2004

### PLAINTIFF'S STATUS REPORT

Defendant has not responded to a draft sent to him on Oct. 29, or to follow up phone calls, at this writing. Accordingly, plaintiff makes her own report for the CONFERENCE set for November 18, 2004, at 9:00 a.m.

**STATUS OF THE CASE:** PLEADINGS: Defendant closed the pleadings on October 25, asserting two new affirmative defenses as to which discovery has not been conducted.

DISCOVERY: Plaintiff has not received complete or signed responses to any interrogatories since the inception of the case, nor has she received any material withheld as confidential despite the entry of a protective order. The rescheduled continued deposition of defendant to get responses to questions objected to as confidential has not yet been held. Because of the dearth of information, plaintiff has not yet been able to name her expert witness(es). Plaintiff's depositions of defendant's staff have been repeatedly cancelled by defendant or his former counsel at the last minute. Defendant intends to take the deposition of plaintiff's husband.

Plaintiff intends to move for summary judgment at the conclusion of discovery.

**REFERRAL FOR SETTLEMENT:** Defendant is not interested.

**TRIAL BEFORE MAGISTRATE JUDGE:** Defendant's position is unknown.

**ESTIMATED LENGTH OF TRIAL:** Three days.

- 2 -

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net


 This is to certify that the foregoing was mailed on November 10, 2004, postage prepaid, to:


Victor Lawrence pro se
PO Box 1413
Bountiful UT 84011-1413
(801) 296-0252

        _/s/ Joanne S. Faulkner___
        Joanne S. Faulkner

- 2 -