UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:03cv89 (MRK) |
| : | |
| VICTOR LAWRENCE, d/b/a LEXINGTON : | |
| LAW FIRM, : | |
| : | |
| Defendant. : | |

## ORDER TO SHOW CAUSE

On March 20, 2003, Attorney Richard Cunningham submitted a Motion to Permit Visiting Lawyers to Represent Party [doc. #6], in which Mr. Cunningham represented to the Court that "Blake S. Atkin has not been denied admission or been disciplined by this Court or any other court." Contrary to the District's Local Rules, Mr. Atkin did not submit an affidavit attesting to the facts set forth in Mr. Cunningham's representation. *See* D. Conn. L. Civ. R. 83.1(d) ("the motion [to admit visiting attorney] shall be accompanied by an affidavit, duly sworn and executed by the proposed visiting lawyer: . . . (3) stating that said lawyer has not been denied admission or disciplined by this Court or any other court . . ."). It has come to the Court's attention that the representation regarding Mr. Atkin may not have been completely true and accurate. *See Featherstone v. Schaerrer*, 34 P.3d 194 (Utah 2001) (sanctioning Mr. Atkin for ethical violations); *Hall v. NACM Intermountain, Inc.*, 988 P.2d 942 (Utah 1999) (sanctioning Mr. Atkin for failing to comply with a court directive). Recently, Mr. Atkin withdrew his appearance in this case without explanation.

Accordingly, the Court issues this Order to Show Cause directed to Mr. Atkin and Mr. Cunningham, ordering them to show cause on before **December 15, 2004**, why the representations regarding Mr. Atkin in the above-quoted Motion were true and complete and if not, why sanctions should not be imposed on counsel as a result. Counsel for the Plaintiff and the *pro se* Defendant are invited to provide this Court with their respective positions on this issue but they are not required to do so.

IT IS SO ORDERED.

                                         /s/      Mark R. Kravitz
                                              United States District Judge

Dated at New Haven, Connecticut: November 24, 2004.