UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.                                                                    CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/
    LEXINGTON LAW FIRM                                November 24, 2004

**PLAINTIFF'S MOTION TO STRIKE ELECTION TO APPEAR PRO SE**

Plaintiff moves to strike defendant's Election to Appear Pro Se (Doc. Nos. 81, 87) and for an order that any appearance must be by counsel. Defendant's attempt to proceed pro se is contrary to law because he represents an entity (Lexington Law Firm) (and others with interests in that entity) that cannot appear pro se.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on November 23, 2004, postage prepaid, to:

Victor Lawrence pro se
PO Box 1413
Bountiful UT 84011-1413

_/s/ Joanne S. Faulkner_____
Joanne S. Faulkner