UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE          :

   V.                                  :          CASE NO. 3:03cv 0089 (MRK)

VICTOR LAWRENCE d/b/a LEXINGTON
LAW FIRM                            :          DECEMBER 15, 2004

### COUNSEL'S RESPONSE TO ORDER TO SHOW CAUSE

Attorney Richard H.G. Cunningham hereby responds to the Order to Show Cause issued by the Court in this matter regarding his representations as to whether Attorney Blake Atkin had been disciplined by any court. By affidavit attached, Mr. Cunningham explains that he accepted the statements as set forth in the papers prepared by the Utah firm and did not know at that time of a way to separately validate the statements if, as is claimed, there was such discipline which should have been disclosed. He further avers in such affidavit that in his legal experience, attorneys have relied on the statements of the attorney that they were asking to be admitted pro haec vice. If the representations were not correct, Mr. Cunningham apologizes to the Court and will not again rely on another office or attorney with regard to another attorney's status.

Dated this 15th day of December, 2004.

                                                  Richard H.G. Cunningham #CT15195
                                                 12 Kenilworth Drive East
                                                 Stamford, CT 06902
                                                 Tel. (203) 348-9958
                                                 Fax (203) 348-9958

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE            :

V.                          :      CASE NO. 3:03cv 0089 (MRK)

VICTOR LAWRENCE d/b/a LEXINGTON
LAW FIRM                    :      DECEMBER 15, 2004

## AFFIDAVIT

I, Richard H.G. Cunningham, being duly sworn, hereby depose and say:

1. I am local counsel in the above-captioned matter and make the statements herein of my own personal knowledge.

2. On March 20, 2003, I received by overnight service, from the Law Firm of Atkin & Hawkins, the pleadings I filed on that date.

3. I signed the representations on the basis that the papers were prepared by the aforesaid law firm and that they were correct and truthful.

4. I did not know that any more than a check with the state grievance records was required to determine the correctness or incorrectness of the representations nor that by checking all possible on-line references to an individual one might turn up a contrary issue. I do not know whether or not Mr. Atkin directed the preparation of the papers.

5. When I have appeared pro haec vice in Florida and in California, the sponsoring local counsel took my word as to the issue of any complaints or discipline and because, additionally, the reference in this case came through a church law school directory, I felt that there was no question as to the correctness of the representation. Clearly, that the Rules of Court require a direct statement from the attorney to be admitted specially it is evident that there is a recognition that unless someone has knowledge

which would be a red flag, one would not know of a problem.

6. I do not know whether Mr. Atkin's issues in the cited cases constitute what is contemplated under the local rules or not and leave that determination to the Court. I do not think there was any intent at deceit.

Dated at Stamford, Connecticut, December 15, 2004.

                                              Richard H.G. Cunningham

Subscribed and sworn to before
Me this 15th day of December, 2004.

Commissioner of the Superior Court
Anthony R. DeChello

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing COUNSEL'S RESPONSE TO ORDER TO SHOW CAUSE was mailed first class, postage prepaid on this the 15th day of December, 2004 to the following:

Joanne S. Faulkner
123 Avon St.
New Haven, CT 06511-2422

*[signature]*