IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

FILED
2004 DEC 22 P 12: 05

| | | |
|---|---|---|
| MICHELLE GOKTEPE, | ) | UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE |
| Plaintiff, | ) | |
| vs. | ) | |
| VICTOR LAWRENCE, d/b/a LEXINGTON LAW FIRM, | ) | Case No. 3:03CV0089-MRK |
| Defendant. | ) | Honorable Judge Mark R. Kravitz<br>December 21, 2004 |

Victor Lawrence, pro se Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure ("FRCP") and Rule 7(b) L.CivR., hereby respectfully requests that time be extended seven (7) days from December 15, 2004 to December 22, 2004 to respond to Plaintiff's motion to strike. Defendant represents that he has inquired of opposing counsel regarding this motion on December 21, 2004 pursuant to Rule 7(b)(2) L.CivR., and that opposing counsel does not oppose this motion. This motion is made upon the following grounds:

1. Plaintiff does not oppose Defendant's motion to extend time to respond to Plaintiff's motion to strike.

2. Defendant was outside the United States from November 22, 2004 to

November 30, 2004 and again from December 6 to December 14, 2004.

DATED this 21st day of December, 2004.

_/s/ Victor Lawrence_

Victor Lawrence
P.O. Box 1413
Bountiful, Utah 84011-1413
Tel.: (801) 296-0252
Fax: (801) 292-7575

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant's First Request for Production of Documents was served by _overnight courier_ _FED EX_ on this _21st_ day of December, 2004, to the following:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511-2422

_/s/ Victor Lawrence_

2