UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELLE GOKTEPE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.  3:03cv89 (MRK) |
| | : | |
| VICTOR LAWRENCE, d/b/a LEXINGTON LAW FIRM, | : | |
| | : | |
| | : | |
| Defendant. | : | |

### ORDER

The Court having received the Response Of Blake S. Atkin To Order To Show Cause [doc. # 105] and Counsel's Response To Order To Show Cause [doc. # 104], the Court considers the matters raised in the Order To Show Cause [doc. # 98] to have been satisfactorily explained and considers these matters to be closed.

IT IS SO ORDERED

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut on December 20, 2004.