UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELLE GOKTEPE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.  3:03cv89 (MRK) |
| | : | |
| VICTOR LAWRENCE, d/b/a LEXINGTON LAW FIRM, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

Having conferred with the parties during an on-the-record telephonic conference on December 23, 2004, the Court enters the following orders:

1. No later than **January 7, 2005**, Defendant will serve Plaintiff with original signature pages for any discovery served in December 2004;

2. No later than **January 10, 2005**, Plaintiff will serve Defendant with her Initial Disclosures;

3. No later than **January 15, 2005**, Plaintiff will serve Defendant with her responses to all discovery served by Defendant in December 2005;

4. The parties are authorized to file any motions to compel regarding outstanding discovery or relating to requested depositions according to the following schedule:

    a. Any party wishing to compel discovery must file their motion and supporting brief no later than **January 10, 2005**;

    b. Parties shall file their responses to any such motion to compel no later than **January 24, 2005**;

    c. Any movant will file his or her reply no later than **January 31, 2005**.

5. Defendant shall schedule the deposition of Jamis Johnson at a mutually convenient

      time, without prejudice to Defendant's right to seek to recover the costs of such deposition from Plaintiff.

6. The deadline for completion of all currently outstanding discovery, including Mr. Johnson's deposition, is extended to **February 28, 2005**, subject to such further extension as may be necessary following the Court's ruling on any motions to compel that are filed in accordance with the above schedule. Subject to further adjustment, the deadline for filing of dispositive motions is extended to **March 30, 2005**.

7. The parties are relieved of their obligation to file a joint status report on **January 4, 2005**. **The telephonic status conference scheduled for January 11, 2005 is canceled.**

8. In connection with its ruling on the motions to compel referred to in paragraph 4 above, the Court will consider the appointment of a Special Master to oversee any remaining pretrial and discovery issues. If either party has a position on the appointment of such a Special Master or how the costs of the Special Master should be allocated, parties should submit their briefs (no longer than 10 pages in length) addressed to that issue, no later than **January 24, 2005**.

9. Defendant's Unopposed Motion to Extend Time to Respond to Plaintiff's Motion to Strike [**doc. # 106**] is GRANTED.

      IT IS SO ORDERED,

      /s/      Mark R. Kravitz
      United States District Court

Dated at New Haven, Connecticut: December 23, 2004