IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
2005 JAN NEW HAVEN DIVISION

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| MICHELLE GOKTEPE, | **MOTION TO STRIKE "REPLY** |
| Plaintiff, | **IN SUPPORT OF PLAINTIFF'S** |
| ) | **MOTION TO STRIKE** |
| | **ELECTION TO APPEAR PRO** |
| ) | **SE," OR ALTERNATIVELY,** |
| vs. | **REQUEST FOR LEAVE TO** |
| ) | **FILE RESPONSE** |
| VICTOR LAWRENCE, doing business as, | |
| LEXINGTON LAW FIRM, ) | Case No. 3:03CV0089-MRK |
| | Honorable Judge Mark R. Kravitz |
| Defendant. ) | December 30, 2004 |

Defendant Victor Lawrence d/b/a Lexington Law Firm, Pro Se, hereby moves the

Court pursuant to Rule 7(d) of D. Conn. L. Civ. R. to strike Plaintiff's "Reply in Support

of Plaintiff's Motion to Strike Election to Appear Pro Se"; alternatively, Defendant

respectfully requests the Court to grant him leave to respond to the new issues raised by

such Memorandum, as follows:

### ARGUMENT

1. **PLAINTIFF'S "REPLY IN SUPPORT OF PLAINTIFF'S ELECTION
   TO STRIKE ELECTION TO APPEAR PRO SE" DOES NOT
   COMPORT WITH RULE 7(d) OF D. CONN. L. CIV. R., AND
   ACCORDINGLY, SUCH REPLY MEMORANDUM SHOULD BE
   STRIKEN, OR ALTERNATIVELY, DEFENDANT SHOULD BE
   GIVEN LEAVE TO RESPOND TO SUCH BRIEF.**

Rule 7(d) of D. Conn. L. Civ. R. states the following in relevant part:  "A reply

brief . . . must be strictly confined to a discussion of matters raised by the responsive brief

and must contain references to the pages of the responsive brief to which reply is being

made."  Plaintiff's Reply Brief is not "strictly confined to a discussion of matters raised

by the responsive brief."  In fact, Plaintiff's Reply Brief does not at all address the matters

raised in Defendant's responsive brief, but rather, raises a completely new issue—the issue of whether Defendant has been using a "ghost writer" to prepare pleadings in the case. Accordingly, Defendant respectfully requests the Court either to strike such Reply Brief in its entirety, or to allow Defendant leave to respond to the new issues raised in such Reply Brief.

DATED this _30ᵗʰ_ day of December, 2004.


Victor Lawrence
Defendant Pro Se
P.O. Box 1413
Bountiful, Utah  84011-1413
Tel.: (801) 296-0252
Fax: (801) 363-0976

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to

Strike "Reply in Support of Plaintiff's Motion to Strike Election to Appear Pro Se," or

Alternatively, Request for Leave to File Response was served by Federal Express and by

First Class U.S. mail, postage prepaid, on this __*30th*__ day of December, 2004, to the

following:


Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511-2422

3