## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELLE GOKTEPE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03cv89 (MRK) |
| | : | |
| VICTOR LAWRENCE, d/b/a LEXINGTON LAW FIRM, | : | |
| | : | |
| Defendant. | : | |

### ORDER

The Court hereby GRANTS in part and DENIES in part Defendant's Motion to Strike "Reply in Support of Plaintiff's Motion to Strike Election to Appear Pro Se," or Alternatively, Request for Leave to File Response [**doc. #112**]. The Court will not strike Plaintiff's reply brief at this time, but Mr. Lawrence shall have until **January 21, 2005** to respond to Plaintiff's allegations regarding ghost-writing.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
United States District Court

Dated at New Haven, Connecticut: January 7, 2005.

1