UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.  CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/ LEXINGTON LAW FIRM   January 10, 2005

PLAINTIFF'S MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a), 33(b), 34(b) and 6(b)(2), Plaintiff moves to compel defendant to respond to interrogatories and production requests served on May 19, 2003, April 20, 2004, July 19, 2004, September 17, 2004, and Nov. 23, 2004. Plaintiff seeks an order compelling responses to the Interrogatories and Production Requests as set forth in the Memorandum filed herewith. She also requests a determination of the sufficiency of defendant's responses to four Admission requests served Nov. 19, 2004, and an appropriate order.

ORAL ARGUMENT IS
REQUESTED

THE PLAINTIFF

BY___/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER  ct04137
123 Avon Street
New Haven, CT 065l1
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on January 7, 2005, postage prepaid, to:

Victor Lawrence d/b/a Lexington Law
PO Box 1413
Bountiful UT 84011-1413

__/s/ Joanne S. Faulkner____
Joanne S. Faulkner