RESOLUTIONS
BY UNANIMOUS CONSENT
OF THE BOARD OF TRUSTEES
OF JOHNSON & ASSOCIATES
a Utah Non-Profit Corporation

The Board of Trustees by unanimous consent entered into the following resolutions. Each Trustee waived notice of the time and place of a meeting and such waiver is attached.

WHEREAS, Jamis Johnson has submitted to Johnson & Associates his withdrawal as of May 1, 1999, as one of its attorneys handling matters for clients of Johnson & Associates pending the resolution of matters pending with the Bar Association of the State of Utah; and Jamis Johnson has further withdrawn from any and all other official positions of this non-profit corporation, whether as officer or trustee; and

WHEREAS, the Board of Trustees desires to fill any vacancies as appropriate and effect organizational changes as follows:

NOW, THEREFORE, the Board enters into the following all of which are effective as of May 1, 1999, as follows:

RESOLVED, the withdrawal of Jamis M. Johnson as an attorney for this non-profit corporation is accepted; representation of any clients shall be assumed by Victor Lawrence, Attorney at Law, or James Michelson, Attorney at Law, except that Jamis Johnson will take all steps necessary to complete and finalize any representation of any clients as lawfully required of him.

RESOLVED, the resignation of Jamis Johnson from any positions as an officer or trustee of this nonprofit corporation, are hereby accepted.

RESOLVED, this nonprofit corporation will continue to pay to the IRS all part and still outstanding withholding tax liability owed to the IRS and listed as owing in the name of Jamis Johnson for this non-profit corporation. Jamis Johnson will continue to execute any state and federal tax documents as required and as reasonable until such is no longer necessary. Jamis Johnson will cease to receive any further remuneration from this non-profit corporation.

RESOLVED, any and all Trustees on the Board of Trustees are hereby released and the Board is reconstituted and the new Board members, who shall serve hereinafter until their term is otherwise terminated are:   Jayson Orvis, DaNell Johnson, Victor

Lawrence and Sam Spendlove. Board Members shall continue to be appropriately remunerated.

RESOLVED, the officers of the non-profit corporation shall henceforth be as follows: President, Sam Spendlove, Vice President and Secretary, Jayson Orvis. All officers shall continue to be duly compensated

All Resolutions are dated and are effective as of the date set forth above.

_____
Jayson Orvis
Secretary

## WAIVER OF NOTICE AND UNANIMOUS CONSENT

We, the undersigned, being the Board of Trustees of Johnson & Associates, a Utah non-profit corporation, do hereby waive notice of the time, date and place of any meeting to effect the above resolutions and do execute the above resolution by unanimous consent thereto.

_____
Jayson Orvis, Trustee

_____
DaNell Johnson, Trustee

_____
Sam Spendlove, Trustee