September 23, 1997

This document supersedes all conversations or documents prior to this date. This document constitutes the whole agreement on the following matters relating to Lexington Law Firm and Johnson & Associates Law Firm: Ownership/Administration/Profit Sharing/Payroll.

# Lexington Law Firm

### Ownership

Jamis Johnson is the sole owner of Lexington Law Firm.

### Administration

Johnson and/or Orvis have veto over any administrative decision.

### Profit Sharing

Monthly profit sharing is divided in the following manner:

50%  Jayson Orvis.
25%  Jamis Johnson
10%  Jade Griffin
5%   Steve Andersen
10%  Lexington Team

These percentages are perpetual unless mutually agreed in writing

### Payroll

Weekly pay for Orvis & Johnson will remain as consistuted.

Any change in pay for Orvis or Johnson will automatically constitute a proportionate change in the other. A change may only be done in writing with mutual consent of each party.

*drafted by Steve Andersen*

# Johnson & Associates

## Ownership

Jamis Johnson is the sole owner of Johnson & Associates.

## Administration

Johnson and/or Orvis have veto over any adminstrative decision.

## Profit Sharing

50% Profit sharing Jayson Orvis.
25% Profit sharing Jamis Johnson
10% Profit sharing Sam SpendLove.
10% Profit sharing Mark Robbins.
5% Profit sharing Steve Andersen

## Payroll

Weekly pay for Johnson is $1000.00 on the 5th & 20th.

Weekly pay for Orvis is $1000.00 on the 5th & 20th.

Any change in pay for Orvis or Johnson will automatically constitute a equal change in the other. A change may only be done in writing with mutual consent of each party.

Signed _____     Signed _____
       Jamis Johnson                         Jayson Orvis

Date _____        Date _____

# The Numbers

| | |
|---|---|
| **Compensation for Johnson:** | |
| Lexington Salary: | $2000.00 est. |
| Lexington Profit Sharing (based on $4000.00): | $1000.00 |
| Johnson & Assoc. Salary: | $2000.00 |

Total monthly compensation: $5000.00  Annual: $60,000.

| | |
|---|---|
| **Compensation for Orvis:** | |
| Lexington Salary: | $4000.00 est. |
| Lexington Profit Sharing (based on $4000.00): | $2000.00 |
| Johnson & Assoc. Salary: | $2000.00 |

Total monthly compensation: $8,000.00  Annual: $96,000.