IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| MICHELLE GOKTEPE, | ) | MOTION TO COMPEL MICHELLE GOKTEPE'S AND GEM GOKTEPE'S APPEARANCE AT THEIR RESPECTIVE DEPOSITIONS AND TO COMPEL GEM GOKTEPE TO PAY THE COSTS OF HIS NOVEMBER 19, 2004 DEPOSITION |
| Plaintiff, | ) | |
| vs. | ) | |
| VICTOR LAWRENCE, doing business as, LEXINGTON LAW FIRM, | ) | |
| Defendant. | ) | Case No. 3:03CV0089-MRK Honorable Judge Mark R. Kravitz January 7, 2005 |

Defendant, Victor Lawrence d/b/a Lexington Law Firm, Pro Se, hereby respectfully moves the Court pursuant to Rules 7(b) and 37 of the Federal Rules of Civil Procedure and Rule 7 of D. Conn. L. Civ. R. to compel Plaintiff Michelle Goktepe and her husband, Gem Goktepe to appear at depositions scheduled by Defendant and to compel Gem Goktepe to pay the costs of his November 19, 2004 deposition.

This motion is supported by memorandum and affidavit submitted herewith.

DATED this 7th day of January, 2005.

Victor Lawrence
P.O. Box 1413
Bountiful, Utah 84011-1413
Tel.: (801) 296-0252
Fax: (801) 363-0976

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion Compel Michelle Goktepe's and Gem Goktepe's Appearance at their Respective Depositions and to Compel Gem Goktepe to Pay the Costs of his November 19, 2004 Deposition was served by Federal Express and by First Class U.S. mail, postage prepaid, on this ___7th___ day of January, 2005, to the following:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422



2