UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE<br><br>v.<br><br>VICTOR LAWRENCE d/b/a<br>LEXINGTON LAW FIRM | DEFENDANT'S MOTION FOR<br>REFERENCE TO SPECIAL MASTER<br>PURSUANT TO FRCP 53<br><br>CASE NO. 3:03CV 0089 (MRK)<br><br>Judge Mark Kravitz |

Defendant, Victor Lawrence d/b/a Lexington Law Firm, Pro Se, hereby respectfully moves the Court pursuant to Rules 7(b) and 53 of the Federal Rules of Civil Procedure for reference to a Special Master for the purpose of managing the parties' pre-trial discovery practice.

This motion is supported by a memorandum submitted herewith.

DATED this _21st_ day of January, 2005.

Victor Lawrence
P.O. Box 1413
Bountiful, UT 84011-1413
Telephone  801-296-0252
Telefax  801-363-0976

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served by Federal Express and by First Class U.S. mail, postage prepaid, on this _21st_ day of January 2005, to the following:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511-2422

*[signature]*