UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.                                          CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/ LEXINGTON LAW FIRM          January 24, 2005

## PLAINTIFF'S POSITION ON SPECIAL MASTER

If the Court sees fit to allow the outstanding depositions of defendant's Staff and Defendant, plaintiff anticipates multiple objections and significant coaching, based on her initial deposition of defendant, and based on his persistent and continuing objections to written discovery. A Special Master, at defendant's expense, seems to be an appropriate remedy to deter such conduct and to facilitate resolution of objections and coaching.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net


This is to certify that the foregoing was mailed on January 21, 2005, postage prepaid, to:

Victor Lawrence pro se
PO Box 1413
Bountiful UT 84011-1413


___/s/ Joanne S. Faulkner___
Joanne S. Faulkner