UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE<br><br>v.<br><br>VICTOR LAWRENCE d/b/a<br>LEXINGTON LAW FIRM | Motion to Compel Production of<br>Documents Held by Relevant Third-parties<br>Pursuant to F.R.C.P. 34(c)<br><br>CASE NO. 3:03CV 0089 (MRK)<br><br>Judge Mark Kravitz<br><br>March 2, 2005 |

*FILED 2005 MAR -4 A 36 U.S. DISTRICT COURT NEW HAVEN, CT*

Victor Lawrence, Defendant, Pro Se, hereby respectfully moves the Court, pursuant to Rules 7 and 34(c) FRCP, to compel Equifax, Inc. ("Equifax") to produce any and all correspondence, papers, transcripts, documents, electronic documents and information, whether in paper or electronic form ("documents"), regarding Michelle Goktepe, as these documents relate to her consumer credit file and cases, Michelle Goktepe v. Victor Lawrence d/b/a Lexington Law Firm, Case No. 3:03CV 0089 (MRK) and Michelle Goktepe v. Trans Union L.L.C., et al., Case No. 3:03CV 00255 (PCD). This motion is supported by memorandum submitted herewith.

DATED this __2__ day of __March__, 2005.

_/s/ Victor Lawrence_
Victor Lawrence
P.O. Box 1413
Bountiful, UT 84011-1413
Telephone 801-296-0252
Telefax 801-363-0976

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served by Federal Express and by First Class U.S. mail, postage prepaid, on this __2__ day of __March__ 2005, to the following:

Equifax, Inc.
c/o CT Corporation
One Commercial Plaza
Hartford, CT 06103

And

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

_/s/_