UNITED STATES DISTRICT COURT  **FILED**
DISTRICT OF CONNECTICUT

2005 MAR -4  A 9:35

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| MICHELLE GOKTEPE <br><br> v. <br><br> VICTOR LAWRENCE d/b/a <br> LEXINGTON LAW FIRM | Motion to Compel Production of Documents Held by Relevant Third-parties Pursuant to F.R.C.P. 34(c) <br><br> CASE NO. 3:03CV 0089 (MRK) <br><br> Judge Mark Kravitz <br><br> March 2, 2005 |

Victor Lawrence, Defendant, Pro Se, hereby respectfully moves the Court, pursuant to Rules 7 and 34(c) FRCP, to compel Experian Information Solutions, Inc., ("Experian") to produce any and all correspondence, papers, transcripts, documents, electronic documents and information, whether in paper or electronic form ("documents"), regarding Michelle Goktepe, as these documents relate to her consumer credit file and cases, Michelle Goktepe v. Victor Lawrence d/b/a Lexington Law Firm, Case No. 3:03CV 0089 (MRK) and Michelle Goktepe v. Trans Union L.L.C., et al., Case No. 3:03CV 00255 (PCD). This motion is supported by memorandum submitted herewith.

DATED this \_\_2\_\_ day of \_\_\_March\_\_\_, 2005.

Victor Lawrence
P.O. Box 1413
Bountiful, UT 84011-1413
Telephone 801-296-0252
Telefax 801-363-0976

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served by Federal Express and by First Class U.S. mail, postage prepaid, on this \_\_2\_\_ day of \_\_March\_\_ 2005, to the following:

Experian Information Solutions, Inc.
c/o CT Corporation
One Commercial Plaza
Hartford, CT 06103

And

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422