FILED

2005 MAR 11 P 2: 44

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| MICHELLE GOKTEPE, | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Civil No.  3:03cv89(MRK) |
| | : | |
| VICTOR LAWRENCE, d/b/a LEXINGTON | : | |
| LAW FIRM, | : | |
| | : | |
| Defendant | : | |
| | : | |

### AFFIDAVIT OF F. OWEN EAGAN

I have reviewed 28 USC Sec. 1746 and know of no grounds that would disqualify me from acting as Special Master for the purposes of overseeing discovery in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2005.

F. Owen Eagan
U.S. Magistrate Judge (Retired)

## CERTIFICATION

This is to certify that a copy of the foregoing Affidavit of F. Owen Eagan was sent via First Class U.S. Mail, postage prepaid, this 10th day of March 2005, to the following:

Honorable Mark R. Kravitz
United States District Court Judge
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Joanne Faulkner, Esquire
Law Offices of Joanne Faulkner
123 Avon Street
New Haven, CT 06511-2422

Victor Lawrence (pro se)
P.O. Box 1413
Bountiful, Utah 84011-1413

Lois J. Esposito