UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.                                                          CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/ LEXINGTON LAW FIRM            March 15, 2005

PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL

Defendant's Motion to Compel (Doc. No. 130) should be denied. It does not comply with Fed. R. Civ. P. 37(a)(2) (no certification of good faith conference); or D. Conn. L. Civ. Rules 37(a)2 (not to be filed absent affidavit) or Rule 7(a)2 (over 40 pages). It violates the Order of December 23, 2004 ¶4, insofar as it moves to compel regarding objections that predated December 23, 2004. The objections to Int. 11-14, Prod. 32 (first set) and Prod. 10 (2d set) were in place well before the December 23 conference, for the very purpose of allowing defendant to address them then. Alternatively, defendant waived those objections by not timely moving to compel per the December 23, 2004 Order. Finally, a motion to compel is not the remedy for purportedly defective admissions.

At the telephone conference of February 28, 2005, the Court indicated plaintiff need not address the substance of the Motion to Compel (Doc. No. 130) pending a ruling regarding a Special Master for Discovery. Accordingly, she makes no further response at this time.

CONCLUSION

In view of defendant's failure to comply with Federal and Local Rules, and the Order of December 23, 2004, defendant's motion should be denied.

                                                THE PLAINTIFF

                                        BY____/s/ Joanne S. Faulkner___
                                        JOANNE S. FAULKNER ct04137
                                        123 Avon Street
                                        New Haven, CT 06511-2422
                                        (203) 772-0395
                                        j.faulkner@snet.net

      This is to certify that the foregoing was mailed on March 14, 2005, postage prepaid, to:

Victor Lawrence pro se
PO Box 1413
Bountiful UT 84011-1413

                                          ___/s/ Joanne S. Faulkner___
                                          Joanne S. Faulkner