UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE<br><br>v.<br><br>VICTOR LAWRENCE d/b/a<br>　　LEXINGTON LAW FIRM | CASE NO. 3:03CV 0089 (MRK)<br><br>Judge Mark Kravitz<br><br>March 24, 2005 |

## NOTICE TO WITHDRAW MOTION TO COMPEL DISCOVERY

Please take notice that Defendant Pro Se, Victor Lawrence d/b/a Lexington Law Firm, pursuant to FRCP Rule 37 hereby withdraws his Motion to Compel Production of Documents Held by Relevant Third-parties Pursuant to F.R.C.P. 34(c) regarding Filene's Inc. (Doc. No. 137) and Supporting Memorandum (Doc. No. 138) filed with the Court on March 4, 2005.

DATED this __24th__ day of March, 2005.

Victor Lawrence
P.O. Box 1413
Bountiful, UT 84011-1413
Telephone  801-296-0252
Telefax  801-363-0976

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served by Federal Express, postage prepaid, on this __24__ day of March, 2005, to the following:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511-2422

2