UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE | |
| v. | CASE NO. 3:03CV 0089 (MRK) |
| VICTOR LAWRENCE d/b/a LEXINGTON LAW FIRM | Judge Mark Kravitz |
| | March 24, 2005 |

## NOTICE TO WITHDRAW MOTION TO COMPEL DISCOVERY

Please take notice that Defendant Pro Se, Victor Lawrence d/b/a Lexington Law Firm, pursuant to FRCP Rule 37 hereby withdraws his Motion to Compel Production of Documents Held by Relevant Third-parties Pursuant to F.R.C.P. 34(c) regarding Trans Union, LLC (Doc. No. 139) and Supporting Memorandum (Doc. No. 140) filed with the Court on March 4, 2005.

DATED this 24th day of March, 2005.

Victor Lawrence
P.O. Box 1413
Bountiful, UT 84011-1413
Telephone  801-296-0252
Telefax 801-363-0976

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served by Federal Express, postage prepaid, on this __24__ day of March, 2005, to the following:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422