UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> VICTOR LAWRENCE, d/b/a LEXINGTON : <br> LAW FIRM, : <br> : <br> Defendant. : | Civil No. 3:03cv89 (MRK) |

## RULING AND ORDER

The Court hereby GRANTS Defendant's Motions to Withdraw Motion to Compel Discovery [**docs. ## 145, 147, 148, 149**] (captioned as "Notice[s]") seeking to withdraw four previously filed Motions to Compel Discovery [doc. # 133, 135, 137, 139]. Accordingly, the Court DENIES AS MOOT Defendant's Motions to Compel Discovery [**doc. # 133, 135, 137, 139**].

The Court also GRANTS Defendant's Motion to Withdraw Motion to Compel Discovery [**doc. #130**] (also captioned as a "Notice"). Accordingly, the Court DENIES AS MOOT Defendant's Motion to Compel Discovery [**doc. # 130**]. In doing so, the Court also withdraws its reference, see Ord. of Reference to Special Master [doc. #144], to Judge Eagan, the special master in this case, with respect to that motion [doc. #130] only.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut on March 31, 2005**.