UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE,      : | |
| : | |
|     Plaintiff,   : | |
| : | |
| v.      : | Civil No.  3:03cv89 (MRK) |
| : | |
| VICTOR LAWRENCE, d/b/a LEXINGTON  : | |
| LAW FIRM,      : | |
| : | |
|     Defendant.   : | |

### ORDER

The parties are directed to file with the Court a written Joint Status Report in order to provide the Court with an update on: (1) the status of discovery; and (2) the status of pending motions before the Special Master.  In their status report, the parties shall also: (1) provide the Court with a joint proposal for a revision to the case management schedule in this case; (2) indicate how long they expect a trial in this case to last; (3) indicate whether they will consent to a trial before a Magistrate Judge; and (4) indicate whether they would like a reference to a Magistrate Judge for settlement purposes.  The parties Joint Status Report shall be filed on or before **June 3, 2005**.  A copy of this order will be mailed to the Special Master.

                              IT IS SO ORDERED.

                              /s/     Mark R. Kravitz
                              United States District Judge

**Dated at New Haven, Connecticut on May 12, 2005**.