UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No.  3:03cv89 (MRK) |
| : | |
| VICTOR LAWRENCE, d/b/a LEXINGTON : | |
| LAW FIRM, : | |
| : | |
| Defendant. : | |

## ORDER

The Court has recently received Defendant's Motion to Compel Initial Disclosures [**doc. #151**].  This motion is referred to the Special Master pursuant to this Court's Order of Reference to Special Master [doc. #144].  A copy of this order will be mailed to the Special Master.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
            United States District Judge

**Dated at New Haven, Connecticut on May 12, 2005**.