UNITED STATES DISTRICT COURT      FILED
DISTRICT OF CONNECTICUT

2005 MAY 13  A 9: 54

| | |
|---|---|
| MICHELLE GOKTEPE | |
| | U.S. DISTRICT COURT |
| v. | CASE NO. 3:03CV 0089 (MRK) |
| | |
| VICTOR LAWRENCE d/b/a LEXINGTON LAW FIRM | Judge Mark Kravitz |
| | |
| | May 9, 2005 |

## AFFIDAVIT CERTIFYING EFFORTS TO RESOLVE DISCOVERY DISPUTE

STATE OF UTAH                )
                             : ss.
COUNTY OF SALT LAKE          )

Victor Lawrence, being first duly sworn deposes and states the following:

1.      I am over the age of 21 years, and I have personal knowledge of the matters

alleged.  My statements made are true to the best of my knowledge, information and belief.

2.      On February 4, 2005, I drafted and mailed by Federal Express overnight delivery,

prepaid, a letter to opposing counsel in this case, Joanne Faulkner.  The records of Federal

Express show that such letter was delivered to Ms. Faulkner on February 7, 2005.  Attached to

that letter was a copy of Defendant's proposed Motion to Compel Discovery, which was later

filed with the court on February 22, 2005, as Document #130.  In that letter I proposed that

Plaintiff's attorney and I conduct a telephone conference on February 9, 2005, at 1:00 p.m.

Eastern Standard time, or at another date and time convenient to Plaintiff's attorney, to discuss

the issues in the proposed Motion to Compel Discovery.  I also informed Plaintiff that if we were

unable to resolve the issues addressed in the proposed Motion to Compel, I intended to file such

1

motion without delay. A copy of the letter dated February 4, 2005, along with the Federal Express delivery record is attached hereto and incorporated as Exhibit "A." Plaintiff's counsel never agreed to conduct a telephone conference concerning the proposed Motion to Compel.

3.    On February 22, 2005, I filed my Motion to Compel Discovery with the Court, as Document #130. Plaintiff filed a document entitled "Plaintiff's Opposition to Motion to Compel" with the Court, as Document #143, in which Plaintiff opposed Defendant's Motion to Compel Discovery. On March 30, 2005, Defendant filed a Motion to Withdraw, *without prejudice*, such Motion to Compel Discovery, as Document #146. The Court granted such Motion to Withdraw in its Order dated March 31, 2005 (Document #150).

4.    On April 8, 2005, I sent a letter to Plaintiff's attorney by First Class U.S. mail, postage prepaid, which stated that I intended to re-file such Motion to Compel Discovery (the same motion as Document #130), possibly as three separate motions, unless I was able to work out the issues with Plaintiff. I again invited Plaintiff's attorney to email a list of dates and times when she could discuss the issues addressed in such proposed motion. A copy of such letter is attached hereto and incorporated herein as Exhibit "B." Plaintiff's attorney has never responded to my letter dated April 8, 2005.

5.    On April 16, 2005, I sent a letter to Plaintiff's attorney via Federal Express overnight delivery, prepaid, to which I attached my proposed Motion to Compel Initial re: Disclosures. The records of Federal Express show that such letter was delivered to Ms. Faulkner on April 18, 2005. In that letter I expressed a desire to discuss the issues stated in that proposed

Motion to Compel Initial Disclosures in the upcoming meeting with the Special Master (on April 21, 2005). A copy of such letter dated April 15, 2005, along with the Federal Express delivery record is attached and incorporated as Exhibit "C."

6.      On April 19, 2005, at the invitation of the Special Master, I prepared a document entitled "Overview of Lawsuit Prepared for Special Master," which I served on the Special Master and on Plaintiff's attorney by Federal Express overnight delivery, prepaid, on April 19, 2005. At the end of such "Overview" document, I stated that the outstanding discovery issues included the following issues: "1. How should the Special Master resolve Defendant's proposed Motion to Compel Discovery (document #130)—including the issue of Plaintiff's failure to respond to Defendant's Requests for Admissions served on December 30, 2004—and Plaintiff's objections thereto?" and "2. How should the Special Master resolve Defendant's proposed Motion to Compel Plaintiff's Initial Disclosures and Plaintiff's objections thereto?" The Federal Express delivery records show that such "Overview of Lawsuit Prepared for Special Master" was delivered to Plaintiff's attorney on April 20, 2005. A copy of such Federal Express delivery record is attached hereto and incorporated herein as Exhibit "D."

7.      At the meeting with the Special Master held on April 21, 2005, I attempted to discuss the issues of how to resolve my proposed Motion to Compel Discovery (filed as document #130) and how to resolve my proposed Motion to Compel Initial Disclosures. The Special Master indicated that he did not believe he was authorized to address such proposed motions to compel discovery and Plaintiff's attorney indicated that she did not wish to address such proposed motions to compel discovery at such meeting.

8.      As of this date, Plaintiff's attorney has not responded to my requests to discuss

the issues raised in such proposed motions either by telephone or in writing.

DATED this ___9ᵀᴴ___ day of May, 2005.

_____
Victor Lawrence, Affiant

SUBSCRIBED AND SWORN to before me this ___9ᵗʰ___ day of

May, 2005.


[Seal]

_____
Notary Public for Utah

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served by Federal Express overnight delivery, prepaid, on this _____ 9th _____ day of May, 2005, to the following:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511-2422

Victor Lawrence
Defendant Pro Se
P.O. Box 1413
Bountiful, Utah  84011-1413
Tel.: (801) 296-0252
Fax: (801) 363-0976

# EXHIBIT A

# Law Offices of Victor Lawrence

P.O. Box 1413 • Bountiful, Utah 84011-1413 • Telephone • 801.296.0252 • Telefax • 801.292.7575

February 4, 2005

Joanne Faulkner, Esq.
123 Avon Street
New Haven, CT 0651102422

Re:  Need to confer on discovery issues

Dear Ms. Faulkner:

I am writing this letter in order to comply with Local Rule of Civil Procedure 37(2) that requires us to make a good faith effort to confer and discuss discovery issues prior to bringing a motion to the court concerning discovery. I have enclosed the proposed Motion to Compel Discovery I intend to file with the Court, unless we are otherwise able to resolve the discovery disputes set forth therein. You have already stated your opinion that we are not to talk by telephone. However, it is my recollection that Judge Kravitz told us to communicate via mail, and that any other contact, i.e. telephone, fax, etc., was to be in addition to mail, not in lieu thereof. Therefore, I believe there is no prohibition for us to discuss these matters by telephone, as long as any agreements reached are confirmed in writing. Therefore, I will generate a telephone call on Wednesday, February 9, 2005, at 1:00 p.m. Eastern Standard time to discuss these matters. If that is not convenient for you, then convey to me in writing a date and time prior to that date and time that fits your schedule.

If I have not been able to converse with you on or before February 9, 2005, I will presume you are unwilling or unable to resolve any of the disputed issues, and will immediately file such Motion with the Court.

Also enclosed please find a $30.00 business check to cover copying and mailing costs for the deposition exhibit documents you agreed to provide upon my forwarding such costs. I will look forward to receiving those documents from you without delay.

Kindest regards.

Very truly yours,

Victor Lawrence



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

04/25/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **850506334461**. Our records reflect the
following information.

## Delivery Information:

**Signed for by:** Signature release on file
**Delivery Date:** Feb 7, 2005 12:43

## Shipping Information:

**Tracking number:** 850506334461

**Ship Date:** Feb 4, 2005
**Weight:** 1.0 lbs.

If you are the shipper, recipient, or third-party payor for this shipment and require additional
Signature Proof of Delivery information, please log-in using your My FedEx login ID.

**Recipient:**
US

**Shipper:**
BOU US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

# EXHIBIT B

# Law Offices of Victor Lawrence

P.O. Box 1413 • Bountiful, Utah 84011-1413 • Telephone • 801.296.0252 • Telefax • 801.292.7575

April 8, 2005

Joanne Faulkner, Esq.
123 Avon Street
New Haven, CT 0651102422

Re: Need to revisit discovery issues prior to meeting with special master

Dear Ms. Faulkner:

I am writing this letter in order to comply with Local Rule of Civil Procedure 37(2) that requires us to make a good faith effort to confer and discuss discovery issues prior to bringing a motion to the court concerning discovery. As we have discussed, we plan on re-filing our Motion to Compel Discovery (document #130) (possibly as three separate motions), unless we are otherwise able to resolve the discovery disputes set forth therein. Please email me a list of dates and times when you would be able to discuss these issues prior to our telephone conference with the special master on Friday, April 15, 2005. I have enclosed a copy of the Motion to Compel previously filed (and later withdrawn) for your convenience. Kindest regards.

Very truly yours,

Victor Lawrence

Encl.

**EXHIBIT C**



# Law Offices of Victor Lawrence

P.O. Box 1413 • Bountiful, Utah 84011-1413 • Telephone • 801.296.0252 • Telefax • 801.292.7575

April 15, 2005

Joanne Faulkner, Esq.
123 Avon Street
New Haven, CT  0651102422

Re:  Proposed Motion to Compel Initial Disclosures

Dear Ms. Faulkner:

I am writing this letter in order to comply with Local Rule of Civil Procedure 37(2) that
requires us to make a good faith effort to confer and discuss discovery issues prior to
bringing a motion to the court concerning discovery.  As I discussed in our telephone
conference today with the Special Master, I desire to file a Motion to Compel Initial
Disclosures, (or alternatively, I desire to discuss the issues in this motion in our upcoming
meeting/hearing with the Special Master) unless we are otherwise able to resolve the
discovery disputes set forth in my proposed motion.  I have attached a copy of my
proposed Motion to Compel Initial Disclosures hereto for your review and comment prior
to our upcoming meeting/hearing with the Special Master, so you can be prepared to
address those issues at that time.  Kindest regards.

Very truly yours,

Victor Lawrence

Encl.



Search

Package / Envelope Services   |   Office / Print Services   |   Freight Services   |   Expedited Servi

Ship          Track          Manage My Account          International Tools

Track Shipments
## Detailed Results

□ Printable Version     (?) Quick Help

You can also track:
- By TCN
- FedEx Trac shipments
- By Email Tr
- By FedEx V Solutions

| Tracking number | 851751292786 | Service type | Standard Envelope |
|---|---|---|---|
| Signed for by | Signature release on file | Weight | 1.0 lbs. |
| Ship date | Apr 16, 2005 | | |
| Delivery date | Apr 18, 2005 1:24 PM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 18, 2005 | 1:24 PM | **Delivered** | | Left at front door. No signature required - release waiver on file |
| | 8:26 AM | On FedEx vehicle for delivery | NORTH HAVEN, CT | |
| Apr 17, 2005 | 6:49 PM | At dest sort facility | EAST GRANBY, CT | |
| | 4:32 PM | Departed FedEx location | MEMPHIS, TN | |
| | 12:36 PM | Departed FedEx location | MEMPHIS, TN | |
| | 10:53 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Apr 16, 2005 | 5:45 PM | Left origin | SALT LAKE CITY, UT | |
| | 1:30 PM | Picked up | SALT LAKE CITY, UT | |

Wrong Address?
Reduce future mistal
FedEx Address Che

Shipping Freight?
FedEx has LTL, air
surface and air exp
multi piece packag
and ocean freight.

[ Signature proof ]     [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

Add a message to this email.

From

To

[ Send email ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

**EXHIBIT D**

United States Home

Information Center | Custom



Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

## Track Shipments
## Detailed Results

📧 Printable Version    ❓ Quick Help

**You can also track:**
- By TCN
- FedEx Trad shipments
- By Email Tr
- By FedEx W Solutions

| | | | |
|---|---|---|---|
| **Tracking number** | 851751293543 | **Service type** | Standard Envelope |
| **Signed for by** | Signature release on file | **Weight** | 1.0 lbs. |
| **Ship date** | Apr 19, 2005 | | |
| **Delivery date** | Apr 20, 2005 1:07 PM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 20, 2005 | 1:07 PM | Delivered | | Left at front door. No signature required - release waiver on file |
| | 8:17 AM | On FedEx vehicle for delivery | NORTH HAVEN, CT | |
| | 7:58 AM | At local FedEx facility | NORTH HAVEN, CT | |
| | 6:31 AM | At dest sort facility | EAST GRANBY, CT | |
| | 1:51 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:14 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Apr 19, 2005 | 8:13 PM | Left origin | SALT LAKE CITY, UT | |
| | 7:27 PM | Picked up | SALT LAKE CITY, UT | |

Wrong Address?
Reduce future mistal
FedEx Address Che

**Shipping Freight?**
FedEx has LTL, air
surface and air exp
multi piece package
and ocean freight.

[ Signature proof ]    [ Track more shipments ]

**Email your detailed tracking results (optional)**

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

Add a message to this email.

From

To

[ Send email ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx