UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No.  3:03cv89 (MRK) |
| : | |
| VICTOR LAWRENCE, d/b/a LEXINGTON LAW FIRM, : | |
| : | |
| Defendant. : | |

### ORDER

The Court has recently received Defendant's Motions to Compel Discovery [**docs. ##154, 155, 156**]. These motions are referred to the Special Master pursuant to this Court's Order of Reference to Special Master [doc. #144]. A copy of this order will be mailed to the Special Master. **The Court reminds the parties that they are required to provide the Special Master with a copy of any discovery motion or pleading filed with this Court**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut on May 18, 2005**.