UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.                                                            CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/
    LEXINGTON LAW FIRM                                June 3, 2005

**PLAINTIFF'S STATUS REPORT**

    <u>STATUS</u> OF <u>DISCOVERY</u>: Plaintiff has not received yet any material withheld as confidential despite the entry of a protective order (October 15, 2004). On December 23, 2004, defendant represented he would review his deposition and provide, in written form, the information objected to as confidential. **He has not done so.** Defendant represented to the Special Master that he would provide certain information to plaintiff by May 23, 2005. **He has not done so.** The rescheduled continued deposition of defendant to get responses to questions objected to as confidential has not yet been held. Because of the dearth of information, plaintiff has not yet been able to name her expert witness(es). Plaintiff's depositions of defendant's staff have not yet been held. Defendant intends to take the deposition of plaintiff's husband.

    <u>STATUS OF PENDING MOTIONS BEFORE THE SPECIAL MASTER</u>: We are awaiting transcripts of the oral rulings of April 20, 2004 and December 23, 2004, so that the Special Master can rule on the number and nature of depositions. We had a conference with the Special Master and expect his Ruling on depositions and other dicovery issues once he gets the transcripts. Defendant's renewed discovery motions have been filed and replied to.

    JOINT PROPOSAL FOR REVISION IN THE CASE MANAGEMENT SCHEDULE: The extended discovery period ended Feb. 28, 2005, except for the motions to compel and noticed depositions. No further discovery should be allowed except for naming plaintiff's expert

witness and any deposition thereof. Dispositive motions should be filed thirty days after the later of depositions and compliance with any discovery orders. If no dispositive motion is filed, a joint trial memorandum should be filed forty-five days after the later of depositions and compliance with the discovery orders.

**ESTIMATED LENGTH OF TRIAL:** Three days.

**REFERRAL FOR SETTLEMENT:** The parties consent to reference to a magistrate judge for settlement purposes.

**TRIAL BEFORE MAGISTRATE JUDGE:**  The parties consent.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on June 2, 2005, postage prepaid, to:

Victor Lawrence pro se
PO Box 1413
Bountiful UT 84011-1413
(801) 296-0252

_/s/ Joanne S. Faulkner___
Joanne S. Faulkner