UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| MICHELLE GOKTEPE | : | **DEFENDANT'S REPLY** |
| | : | **MEMORANDUM RE: MOTION TO** |
| v. | : | **COMPEL PLAINTIFF'S** |
| | : | **INTERROGATORY RESPONSES** |
| VICTOR LAWRENCE d/b/a | : | |
|    LEXINGTON LAW FIRM | : | Case No. 3:03CV 0089 (MRK) |
| | : | Judge Mark Kravitz |
| | : | June 9, 2005 |

Defendant Victor Lawrence d/b/a Lexington Law Firm submits this Reply Memorandum in support of his Motion to Compel plaintiff's responses to defendant's first set of interrogatories.

## ARGUMENT

Plaintiff refused to answer or incompletely answered defendant's interrogatory numbers 3, 4, 10(b), 11, 12, and 14. Based on plaintiff's failure to fully respond to these interrogatories, the Court should enter an order compelling plaintiff to provide complete responses, as well as award costs and fees associated with this motion.

**POINT I:     RULE 33 ENTITLES DEFENDANT TO DISCOVER EVIDENCE SUPPORTING PLAINTIFF'S CLAIMS**

Defendant's interrogatory numbers 3 and 4 ask plaintiff to disclose all facts supporting her complaint. Plaintiff responded by claiming that defendant either had the facts in his possession or that the facts were "unknown at this time due to incomplete discovery." Plaintiff's responses provide no information regarding the factual basis of her lawsuit. Because Rule 33 obligates plaintiff to provide full and complete responses to interrogatories and because plaintiff has not done so, the Court should compel plaintiff's responses.

Similarly, interrogatory #10 asks plaintiff to identify all individuals she spoke with at Lexington. Again, rather than answer the interrogatory, plaintiff instead points defendant to a mass of documents that are unresponsive. If plaintiff lacks the information to respond to the interrogatory, then she should say so in her response. Otherwise, plaintiff is required to disclose the names of all Lexington employees she spoke during the time Lexington represented her.

**POINT II: RULE 33 REQUIRES PLAINTIFF TO DISCLOSE FACTS RELATED TO HER DAMAGES CLAIM**

Plaintiff also refuses to answer interrogatory numbers 11, 12, and 14, claiming that the interrogatories lack relevancy to the lawsuit. Interrogatory number 11 asks plaintiff to provide information regarding any lawsuits she has been a party to over the last ten years. Defendant needs this information for impeachment purposes. As an example, the information may reveal contradictory testimony, which could be used to impeach plaintiff. Moreover, the very fact that plaintiff refuses to disclose information of prior lawsuits suggests she is attempting to hide relevant information. Consequently, the Court should compel plaintiff to respond to interrogatory number 11.

In addition, interrogatory numbers 12 and 14 are also highly relevant to this lawsuit. Both interrogatories request information related to plaintiff's financial condition. Number 12 asks plaintiff to identify all real property she or her husband owns. The purpose of this interrogatory is to determine how, if at all, defendant damaged plaintiff. Plaintiff's ability to purchase real property on credit indicates the damage defendant may have caused plaintiff. Similarly, interrogatory 14 asks for income information from plaintiff and her husband. For the reasons stated above, defendant needs this information to better assess plaintiff's damages claim.

## CONCLUSION

Based on the foregoing, defendant moves the Court for an order compelling plaintiff to fully answer the above interrogatories, and for an award of costs and fees associated with bringing this motion.

                                              Victor Lawrence, Pro Se
                                              P.O. Box 1413
                                              Bountiful, Utah 84011
                                              (telephone) 801-244-2515

## CERTIFICATE OF SERVICE

 The undersigned herby certifies that a true and correct copy of the foregoing was mailed, postage prepaid, on the ___9TH___ day of ___JUNE___, 20_05_, to the following:

 Joanne S. Faulkner
 123 Avon Street
 New Haven, CT 06511

        _____
        Victor Lawrence