UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE | : **DEFENDANT'S REPLY** |
| | : **MEMORANDUM RE: MOTION TO** |
| v. | : **COMPEL PLAINTIFF'S** |
| | : **PRODUCTION OF DOCUMENT** |
| VICTOR LAWRENCE d/b/a | : **RESPONSES** |
| LEXINGTON LAW FIRM | : |
| | : Case No. 3:03CV 0089 (MRK) |
| | : Judge Mark Kravitz |
| | June 9, 2005 |

Defendant Victor Lawrence d/b/a Lexington Law Firm submits this Reply Memorandum in support of his Motion to Compel plaintiff's responses to defendant's requests for production of documents.

## ARGUMENT

Plaintiff's responses to defendant's document requests mirror her responses to defendant's interrogatories – a complete refusal to provide any information or evidence supporting her claims. Because plaintiff is obligated to support her complaint allegations with facts, she must respond to defendant's document requests. If she will not, or cannot, then her complaint cannot survive. As such, the Court should issue an order compelling plaintiff to respond to defendant's document requests and award costs and fees associated with defendant bringing this motion.

As explained in defendant's initial motion to compel production of documents, plaintiff has refused to produce any documents supporting her claims. In fact, other than directing defendant to a general group of voluminous documents, plaintiff fails to even respond to defendant's requests. Moreover, the remaining document requests seek information that support plaintiff's damages claims. These requests include documents

related to any attempts by plaintiff to refinance her home between January 1, 2003, and June 1, 2003, loans secured by real property, unsecured loans, educational loans, commercial loans, applications for employment, applications for business licenses, professional licenses, applications for security clearances, and applications for admission to organizations. The purpose of these requests is to determine whether defendant's alleged actions or inactions damaged plaintiff's ability to do any of the above. As such, plaintiff should be compelled to produce these documents, or if none exist, state that none exist.

## CONCLUSION

Based on the foregoing, defendant moves the Court for an order compelling plaintiff to respond to defendant's document requests, and for an award of costs and fees associated with bringing this motion.

Victor Lawrence, Pro Se
P.O. Box 1413
Bountiful, Utah 84011
(telephone) 801-244-2515

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing was mailed, postage prepaid, on the ____9TH____ day of ____JUNE____, 20_05_, to the following:

Joanne S. Faulkner
123 Avon Street
New Haven, CT 06511

_____
Victor Lawrence

3