UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELLE GOKTEPE | : | **JOINT STATUS REPORT** |
| v. | : | Case No. 3:03CV 0089 (MRK) |
| | : | Judge Mark Kravitz |
| VICTOR LAWRENCE d/b/a | : | May, 23, 2005 |
| LEXINGTON LAW FIRM | : | |

Plaintiff Michelle Goktepe and defendant Victor Lawrence d/b/a Lexington Law Firm submit their Joint Status Report.

**I.      STATUS OF DISCOVERY AND PENDING MOTIONS**

**Defendant.**

Defendant is awaiting the Special Master's ruling on when he may depose fact witness Gem Goktepe, and when defendant may continue the deposition of plaintiff, Michelle Goktepe. Similarly, defendant is awaiting the special master's ruling on defendant's motions to compel: 1) plaintiff to provide her initial disclosures; 2) plaintiff's responses to defendant's first set of interrogatories; 3) plaintiff's responses to defendant's first and second request for production of documents and; 4) plaintiff's responses to defendant's first set of requests for admission. Lastly, defendant is awaiting the special master's ruling on whether defendant can subpoena relevant document from Equifax, Trans Union, Experian, and Filene's, as well as depose corporate representatives from those companies.

**Plaintiff.**

Plaintiff is awaiting the special master's ruling on her motion to compel discovery (document #115) as well as plaintiff's request to re-depose defendant. Lastly, plaintiff intends to depose yet to be named members of defendant's staff.

II. **JOINT PROPOSAL TO REVISE CASE MANAGEMENT SCHEDULE**

Plaintiff and defendant propose the following revisions to the case management schedule:

1. Fact discovery to be completed (not propounded) by August 31, 2005.

2. Expert discovery: i) plaintiff's expert reports are due by September 30, 2005; ii) defendant's expert reports are due by October 31, 2005; iii) depositions of plaintiff's expert witnesses must be completed by November 15, 2005; iv) depositions of defendant's expert witnesses must be completed by December 31, 2005.

III. **TRIAL LENGTH**

Plaintiff and defendant anticipate that the trial will last three days.

IV. **CONSENT TO TRIAL BEFORE A MAGISTRATE JUDGE**

Plaintiff and defendant consent to trying the case before a magistrate judge.

V. **REFERENCE TO A MAGISTRATE JUDGE FOR SETTLEMENT PURPOSES**

Plaintiff and defendant consent to referring the case to a magistrate judge for settlement purposes.

THE PLAINTIFF

_____   Date:_____
Joanne S. Faulkner
Attorney for Plaintiff

2

THE DEFENDANT

_____
Victor Lawrence
Pro Se

Date: 27 MAY 2005