UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE,

        Plaintiff

v.                                         Civil No. 3:03cv89(MRK)

VICTOR LAWRENCE, d/b/a LEXINGTON
LAW FIRM,

        Defendant

## SPECIAL MASTER'S DISCOVERY REPORT AND RECOMMENDED ORDER

On May 7, 2005, the Honorable Mark R. Kravitz, U.S. District Judge for the District of Connecticut, entered an order appointing F. Owen Eagan as a Special Master to oversee discovery, in particular as it pertains to Pleading Nos. 115, 117, and 130 (130 was later withdrawn).

Pursuant to this Order, a telephone conference was conducted with counsel on April 4, 2005.

On April 21, 2005, counsel met with the Special Master for five and one half hours in the Special Master's West Hartford office, at which time, all of the disputed items in Pleadings Nos. 115 and 117 (Motions to Compel) were reviewed.

The Special Master requested additional information, some of which has been received. The Special Master also requested transcripts of the April 20 and December 23, 2004 telephone discovery dispute conferences with Judge Kravitz. These transcripts were essential in that counsel disagree as to the contents of Judge Kravitz's Orders in the conferences.

After a careful review of all the arguments advanced by counsel, as well as the transcripts and the information supplied by the Clerk's Office, the Special Master makes

the following recommended ruling for the Honorable Judge Kravitz to review and issue a final order.

## RECOMMENDED ORDER

A.  PLAINTIFF'S THIRD DISCOVERY REQUEST – JULY 19, 2004

Request No. 3 - At the present time, there is no objection or answer on file to this request. It is hereby ordered that the request be answered on or before June 30, 2005. In his answer, the defendant may disregard the last five words of the plaintiff's question ("after visiting a referring website").

Request No. 4 – Defendant's answer to this request is not sufficiently specific; therefore, the defendant is ordered to answer this question with more specificity on or before June 30, 2005.

B.  PLAINTIFF'S SECOND PRODUCTION REQUEST - APRIL 20, 2004

Request No. 1 - The defendant is ordered to produce this material on or before June 30, 2005.

Request No. 2 - The defendant is ordered to produce this material on or before June 30, 2005.

C.  PLAINTIFF'S FIFTH PRODUCTION REQUEST – NOVEMBER 23, 2004

Request No. 1 - The defendant is ordered to produce the information requested on or before June 30, 2005.

Request No. 2 - The defendant is ordered to produce the information requested on or before June 30, 2005.

D.  PLAINTIFF'S FOURTH PRODUCTION REQUEST – SEPTEMBER 17, 2004

The original objection by the defendant was based on confidentiality. Confidentiality has been resolved by the Court's Protective Order. Consequently, the defendant is ordered to produce this material on or before June 30, 2005. The defendant's responses shall be limited in time from June 1, 2002 to December 31, 2002.

E.  PLAINTIFF'S INTERROGATORIES – MAY 2003

Questions Nos. 4 and 5 - the defendant is required to answer these interrogatories on or before June 30, 2005.

Question No. 7 – the defendant will answer this interrogatory on or before June 30, 2005; however, the answer will be limited in time from January 1, 2002 to December 31, 2002.

Question No. 8 – the defendant will answer this interrogatory on or before June 30, 2005.

F.  PLAINTIFF'S MAY 2003 PRODUCTION REQUEST

Request No. 8 - the defendant does not have to provide this report as it is too broad and not likely to lead to the discovery of admissible evidence.

Request No. 9 – the defendant does not have to provide these as requested, but he must provide them for the year 2002, which production shall be supplied on or before June 30, 2005.

Requests Nos. 10, 11, 12 & 13 – the defendant shall provide this information for the period from September 25, 2002 to November 18, 2002. This production must be accomplished on or before June 30, 2005.

G.  PLAINTIFF'S INTERROGATORIES AND PRODUCTIONS DATED APRIL 2004

Question No. 3 – shall be answered by the defendant, but shall be limited in time from September 25, 2002 to November 18, 2002, and shall be produced on or before June 30, 2005.

Question No. 7 – same as No. 3 above.

Production Request No. 1 – this matter has been addressed by the Court's Protective Order and this request should be complied with no later than June 30, 2005.

H.  PLAINTIFF'S DISCOVERY REQUEST

Question No. 1 – the defendant will answer this question, but is limited in time from September 25, 2002 to November 18, 2002. This answer is due on or before June 30, 2005.

Question No. 2 – same as No. 1 above.

Question No. 5 – same as No. 1 above.

Production Request No. 2 (2002, 2003 quarterly reports) – This information should be supplied, but is limited in time to September 25, 2002 to November 18, 2002.

I. PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION – SEPTEMBER 17, 2004

Requests Nos. 3, 4, 5, 6, 7, 8, 9, 10 and 11 – all of these requests will be complied with by the defendant on or before June 30, 2005, but are hereby limited in time to the last quarter of the year 2002.

Requests Nos. 12, 13, and 14 are denied and the defendant does not need to respond.

J. FURTHER DEPOSITIONS – Plaintiff will be allowed to take depositions of the defendant's staff of six members. The 30B 6 deposition is limited to the staff member whom the defendant identifies as the most appropriate administrative person to respond to this type of deposition. These depositions are to be taken on or before July 15, 2005. Defendant will be allowed a continued deposition of the plaintiff, which will last for no more than 4 hours. Defendant will also be allowed a full deposition of the plaintiff's husband. These two depositions will be supervised by this Special Master and taken at the Special Master's office, 1013 Farmington Avenue, West Hartford, Connecticut on September 13, 2005. Said depositions will begin no later than 9 a.m.

K. RESPONSE TO NOVEMBER 19, 2004 PLAINTIFF'S REQUEST FOR ADMISSIONS

Admissions Nos. 1 and 2 – the defendant should admit or respond to these admissions no later than June 30, 2005.

Admissions Nos. 3 and 4 – responses to these admissions should be either fully admitted or responded to no later than June 30, 2005.

Respectfully submitted this 10th day of June, 2005,

F. Owen Eagan
U.S. Magistrate Judge (Retired)