UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE,

    Plaintiff

v.                                          Civil No. 3:03cv89(MRK)

VICTOR LAWRENCE, d/b/a LEXINGTON
LAW FIRM,

    Defendant                          June 24, 2005

**SPECIAL MASTER'S REPORT AND RECOMMENDED MODIFICATION TO THE RECOMMENDED ORDER OF JUNE 10, 2005**

Plaintiff's attorney, by a letter dated June 13, 2005 to the Special Master, a copy noted to the defendant attorney, requested two modifications as to the deposition portion of the Recommended Order of June 10, 2005.

First, "the six administrative staff's depositions" should be taken together with the depositions scheduled for September 13, 2005, in West Hartford, to be supervised by this Special Master.

Second, regarding the plaintiff's continued deposition, there was a request that it not be duplicative, oppressive or harassing.

On June 20, 2005, a conference call was conducted with counsel to discuss the requested modifications; the Honorable Mark R. Kravitz, U.S. Court Judge's referral of defendant's Motions to Compel Discovery (pleading Nos. 154, 155, 156), as well as defendant's affidavit certifying his efforts to resolve discovery disputes (pleading No. 157).

An effort was made to resolve the differences between counsel regarding the new motions, but it was unsuccessful. The defendant has indicated that he is in the process of hiring local counsel and will accomplish this no later than July 5, 2005. At such time, this Special Master plans to conduct a joint meeting with new counsel for the defendant and plaintiff's counsel to resolve the motions.

It is further recommended that the Special Master's original order of June 10, 2005, be modified to indicate that the depositions of "the defendant's staff of six members" be conducted in West Hartford before this Special Master, beginning on September 13, 2005, together with the previously scheduled depositions, and will continue until the depositions of the plaintiff, the plaintiff's husband, and defendant's staff members have been completed.

Respectfully submitted

F. Owen Eagan, U.S. Magistrate Judge - Retired
Special Master