**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHELLE GOKTEPE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.  3:03cv89 (MRK) |
| | : | |
| VICTOR LAWRENCE, d/b/a LEXINGTON LAW FIRM, | : | |
| | : | |
| Defendant. | : | |

**ORDER OF REFERENCE**

The Court has received Defendant Victor Lawrence's Objection to Special Master's Recommended Order [**doc. #173**] which the Court interprets to be, based on the first sentence on page 3 and footnote 4, a motion for reconsideration by the Special Master of his June 13, 2005 ruling.  Assuming that the Court has interpreted Mr. Lawrence's motion correctly, the Court refers this motion to the Special Master for his consideration.  If the Court has misinterpreted Mr. Lawrence's motion, the parties are directed to inform the Court in writing, immediately.  A copy of this order shall be mailed to the Special Master.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut on: June 30, 2005.**