IT IS SO ORDERED.

_____
Mark R. Kravitz
United States District Court

Dated at New Haven, Connecticut: January 26, 2005.

# Exhibit C

# Joanne S. Faulkner
## ATTORNEY AT LAW

123 AVON STREET NEW HAVEN, CT 06511-2422   TELEPHONE (203) 772-0395   j.faulkner@snet.net

June 13, 2005

The Hon. F. Owen Eagan
Canterbury Resolution Center
1013 Farmington Ave
West Hartford CT 06107

                          Re: Goktepe v. Victor Lawrence

Dear Judge Eagan:

Please accept this informal effort at clarification and revise your recommended order accordingly.

With regard to the staff depositions: First, it seems clear the staff depositions will need your supervision as well. I thought we had agreed to do those and Mr. Goktepe's deposition contemporaneously in September. Second, Page 4 of your recommended order referred to "the defendant's staff of six members." Mr. Lawrence testified at his deposition that he had 100 to 150 staff members. The named deponents were the staff members who actually processed Ms. Goktepe's file, so that "the most appropriate administrative person" among these is inapplicable. In accordance with Judge Kravtiz's April Order (of which I have yet to receive a copy), plaintiff was permitted to take those several depositions.

With regard to Mrs. Goktepe's deposition, we agreed that it would be limited to areas not inquired into at the first deposition so as not to be duplicative, oppressive or harassing. Please modify your recommendation accordingly.

                                                  Respectfully,

                                                  Joanne S. Faulkner

cc: Mr. Lawrence

# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE,

    Plaintiff

v.                                                          Civil No. 3:03cv89(MRK)

VICTOR LAWRENCE, d/b/a LEXINGTON
LAW FIRM,

    Defendant                           June 24, 2005

## SPECIAL MASTER'S REPORT AND RECOMMENDED MODIFICATION TO THE RECOMMENDED ORDER OF JUNE 10, 2005

Plaintiff's attorney, by a letter dated June 13, 2005 to the Special Master, a copy noted to the defendant attorney, requested two modifications as to the deposition portion of the Recommended Order of June 10, 2005.

First, "the six administrative staff's depositions" should be taken together with the depositions scheduled for September 13, 2005, in West Hartford, to be supervised by this Special Master.

Second, regarding the plaintiff's continued deposition, there was a request that it not be duplicative, oppressive or harassing.

On June 20, 2005, a conference call was conducted with counsel to discuss the requested modifications; the Honorable Mark R. Kravitz, U.S. Court Judge's referral of defendant's Motions to Compel Discovery (pleading Nos. 154, 155, 156), as well as defendant's affidavit certifying his efforts to resolve discovery disputes (pleading No. 157).

An effort was made to resolve the differences between counsel regarding the new motions, but it was unsuccessful. The defendant has indicated that he is in the process of hiring local counsel and will accomplish this no later than July 5, 2005. At such time, this Special Master plans to conduct a joint meeting with new counsel for the defendant and plaintiff's counsel to resolve the motions.

It is further recommended that the Special Master's original order of June 10, 2005, be modified to indicate that the depositions of "the defendant's staff of six members" be conducted in West Hartford before this Special Master, beginning on September 13, 2005, together with the previously scheduled depositions, and will continue until the depositions of the plaintiff, the plaintiff's husband, and defendant's staff members have been completed.

Respectfully submitted

F. Owen Eagan, U.S. Magistrate Judge - Retired
Special Master

# Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE<br>v.<br><br>VICTOR LAWRENCE d/b/a<br>LEXINGTON LAW FIRM | AFFIDAVIT OF DEFENDANT VICTOR LAWRENCE d/b/a/ LEXINGTON LAW FIRM<br>CASE NO. 3:03CV 0089 (MRK)<br><br>Judge Mark Kravitz<br>July 6, 2005 |

Defendant Victor Lawrence, being first duly sworn upon oath, deposes and states:

1. I am over 18 years of age and in all ways competent to provide this affidavit.

2. I am a defendant in the above captioned lawsuit and was the sole owner of Lexington Law Firm at all times relevant to this lawsuit.

3. Lexington Law Firm was a sole proprietorship at all times relevant to this lawsuit and was not a partnership, corporation, or limited liability company.

4. Lexington Law Firm's principal place of business is located in Utah.

5. I am a resident of Utah. I currently practice law in Salt Lake City, Utah as a sole practitioner but not under the name of Lexington Law Firm.

6. I do not currently employ any staff and/or other employees that were associated with my former practice, and have no means of compelling my former employees from attending depositions in Connecticut or in Utah.

7. None of my former employees ever acted as an officer or director of Lexington Law Firm and never possessed any ownership interest in the firm.

Dated this 6th day of July, 2005.

_____
VICTOR LAWRENCE

SUBSCRIBED AND SWORN to before me, this 6th day of July, 2005.

_____
NOTARY PUBLIC

```
NOTARY PUBLIC
PAUL JOHNSON
634 South 400 West
Salt Lake City, Utah 84101
My Commission Expires July 9, 2006
State of Utah
```