UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL 12 A 9:54
U.S. DISTRICT COURT
NEW HAVEN, CT

MICHELLE GOKTEPE,

    Plaintiff,

v.

VICTOR LAWRENCE, d/b/a LEXINGTON LAW FIRM,

    Defendant.

Civil No. 3:03cv89 (MRK)

## ORDER OF REFERENCE

The Court has received Defendant Victor Lawrence's Objection to Special Master's June 24, 2005 Modified Recommenced Order [**doc. #177**] which the Court interprets to be a motion for reconsideration by the Special Master of his June 24, 2005 ruling [doc. #174]. Assuming that the Court has interpreted Mr. Lawrence's motion correctly, the Court refers this motion to the Special Master for his consideration. If the Court has misinterpreted Mr. Lawrence's motion, the parties are directed to inform the Court in writing, immediately. A copy of this order shall be mailed to the Special Master.

IT IS SO ORDERED.

/s/ Mark R. Kravitz
Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut on: **July 12, 2005**.