UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE GOKTEPE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:03cv89 (MRK) |
| : | |
| VICTOR LAWRENCE, d/b/a LEXINGTON LAW FIRM, : | |
| : | |
| Defendant. : | |

## 41(b) NOTICE TO COUNSEL

This case was reported settled on **July 20, 2005**. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter. Accordingly, an order of dismissal will be entered on **August 19, 2005** unless closing papers are filed on or before that date, or unless counsel reports in writing prior to that date that the case is not in fact settled.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut on: **July 20, 2005**.