## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELLE GOKTEPE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03cv89 (MRK) |
| | : | |
| VICTOR LAWRENCE, d/b/a LEXINGTON LAW FIRM, | : | |
| | : | |
| Defendant. | : | |

### **ORDER**

In light of the parties' reported settlement, the Court hereby DENIES AS MOOT all remaining pending motions in this case: Plaintiff's Motion to Compel [**doc. #115**] and Defendant's Motions to Compel [**docs. ## 117, 151, 154, 155, 156**].


IT IS SO ORDERED.


/s/     Mark R. Kravitz
United States District Judge


**Dated at New Haven, Connecticut on: July 21, 2005**.