UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

v.                                    CASE NO. 3:03CV 0089 (MRK)

VICTOR LAWRENCE d/b/a/
LEXINGTON LAW FIRM

### STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1), plaintiff and defendant hereby agree and stipulate that the within action may be dismissed with prejudice, without costs or fees to any party.

THE PLAINTIFF                        THE DEFENDANT

By  /s/ Joanne S. Faulkner           By  /s/
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
(203) 772-0395